UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV 20-08382-ODW(MAAx) | Date | October 11, 2023 |
| Title: | Nicole Juarez Zelaya v. City of Los Angeles | | |

Present: The Honorable   OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

| Sheila English | Myra Ponce |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K Galipo / Michael S Carrillo/ Renee V Masongsong | Thomas C Hurrell / Diane Martinez |

___ Day Court Trial   2nd Day Jury Trial

___ One day trial:   ___ Begun (1st day);   X Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by   plaintiff/ defense counsel
X Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for _____   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to   Oct. 12, 2023  @ 9:00am   for further trial/further jury deliberation.
___ Other:

5 : 12
Se