# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 20-08382-ODW(MAA) |
| Title: | Nicole Juarez Zelaya v. City of Los Angeles |
| Date | October 13, 2023 |

Present: The Honorable **OTIS D. WRIGHT, II**

| Sheila English | Myra Ponce |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K Galipo/ Michael S Carrillo/ Renee V Masongsong | Thomas C Hurrell / Diane Martinez |

\_\_\_ Day Court Trial      **4th** Day Jury Trial

\_\_\_ One day trial:   \_\_\_ Begun (1st day);   \_\_\_ Held & Continued;   **X** Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by \_\_\_
\_\_\_ Witnesses called, sworn and testified.   \_\_\_ Exhibits Identified   ✔ Exhibits admitted.
**X** Plaintiff(s) rest.      **X** Defendant(s) rest.
**X** Closing arguments made by   **X** plaintiff(s)   **X** defendant(s).   **X** Court instructs jury.
**X** Bailiff(s) sworn.   **X** Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.
**X** Jury Verdict in favor of   **X** plaintiff(s)   \_\_\_ defendant(s) is read and filed.
**X** Jury polled.   \_\_\_ Polling waived.
**X** Filed Witness & Exhibit Lists   **X** Filed jury notes.   **X** Filed jury instructions.
**X** Judgment by Court for   Plaintiff   **X** plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Case submitted.   \_\_\_ Briefs to be filed by \_\_\_
\_\_\_ Motion to dismiss by \_\_\_ is \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.
\_\_\_ Motion for mistrial by \_\_\_ is \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_ is \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
**X** Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
**X** Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_ Case continued to \_\_\_ for further trial/further jury deliberation.
\_\_\_ Other:

11 : 00

Initials of Deputy Clerk   se

cc: