Zelaya
- vs -
City of LA

CV 20-8382-ODW (MAA)

FILED
CLERK, U.S. DISTRICT COURT
10/13/23
CENTRAL DISTRICT OF CALIFORNIA
BY: SE DEPUTY

## Plaintiffs' Exhibits

| No. | Description | If Objected, State Grounds | Response to Objection |
|---|---|---|---|
| 1. | Audio Recording of the first interview of Officer Dustin Richmond | | |
| 2. | Transcript of the first interview of Officer Dustin Richmond (TP91740) (Identification only) | | |
| 3. | Audio Recording of the second interview of Officer Dustin Richmond | | |
| 4. | Transcript of the second interview of Officer Dustin Richmond (TP93101) (Identification only) | | |
| 5. | Audio Recording of the first interview of Officer Joseph Hunt | | |
| 6. | Transcript of the first interview of Officer Joseph Hunt (TP91741) (Identification only) | | |
| 7. | Audio Recording of the second interview of Officer Joseph Hunt | | |
| 8. | Transcript of the second interview of Officer Joseph Hunt (TP93102) (Identification only) | | |
| 9. | Clip from Video Recording from Officer Juan Acevedo's body worn camera ("BWC") (DEFT 3802), 11.19.57-11.20.16 | | |

3
PARTIES' JOINT AMENDED EXHIBIT LIST

| No. | Description | If Objected, State Grounds | Response to Objection |
|---|---|---|---|
| | **Plaintiffs' Exhibits** | | |
| 10. | Video Recordings from Sgt. Thomas Andreas' BWC with clips and stills<br>a. DEFT 3906 | | |
| 11. | Video Recording from Officer Dustin Richmond's BWC with clips and stills<br>a. DEFT 3646<br>b. DEFT 3819 | 10/10/23 | 10/11/23 |
| 12. | Video Recording from Officer Joseph Hunt's BWC (DEFT 3812) with clips and stills<br>a. 11.10.17-11.16.13<br>b. 11.08.19-11.40.06 | | |
| 13. | Video Recording from Officer Jeff Briscoe's BWC with clips and stills<br>a. DEFT 3807<br>b. DEFT 3807, 11.18.45-11.21.53<br>c. DEFT 3808 | | |
| 14. | Video Recordings from Officer Brian Cuba's BWC with clips and stills<br>a. DEFT 3809<br>b. DEFT 3809, 11.18.20-11.21.04<br>c. DEFT 3810 | | |
| 15. | Video Recording from Officer Alvin Engle's BWC (3811) with stills | | |
| 16. | Video Recording from Officer Tadeh Menasakanian's BWC (DEFT 3649) with clips and stills<br>a. 11.18.22-11.21.01<br>b. 11.18.13-11.21.01 | | |
| 17. | Video Recordings from Officer Walter Sampson's BWC with clips and stills<br>a. DEFT 3820 | | |

| | **Plaintiffs' Exhibits** | | |
|---|---|---|---|
| No. | Description | If Objected, State Grounds | Response to Objection |
| | b. DEFT 3821 | | |
| 18. | Video Recordings from Officer Lorenzo Stephenson's BWC with clips and stills<br>a. DEFT 3822<br>b. DEFT 3823 | | |
| 19. | Video Recording from Officer Scott Nunez's dashboard camera (DEFT 3817) with clips and stills<br>a. 11.18.20-11.23.55<br>b. 11.31.57-11.39.49 | | |
| 20. | 76 Gas Station surveillance videos showing the incident, with clips and stills<br>(a.) 3644<br>(b.) 3645<br>(c.) 3647 | 10/10/23 (a,c) | 10/11/23 (a)(c) |
| 21. | Dash Cam Videos (DICVS 9A19) with stills<br>(a.) DEFT 3648<br>b. Stills from DEFT 3648<br>c. DEFT 3650<br>d. Stills from DEFT 3650<br>e. DEFT 3801 | ↓ (a)(b) | 10/11/23 (a)(b) |
| 22. | Plaintiff's Demonstrative Animation by Samir Lyons<br>(a.) Part 1<br>(b.) Part 2 | 10-13-23 (a)(b) (not in) | |
| 23. | Synchronized video compilation | 10-10-23 | 10/11-23 |
| 24. | Autopsy Report (Identification Only) | | |
| 25. | Autopsy Photographs<br>a. DEFT 3715<br>b. DEFT 3720<br>c. DEFT 3721<br>d. DEFT 3731<br>e. DEFT 3734 | | |
| 26. | Hospital Photographs<br>a. DEFT 3583<br>b. DEFT 3585<br>c. DEFT 3586 | | |

| | **Plaintiffs' Exhibits** | | |
|---|---|---|---|
| No. | Description | If Objected, State Grounds | Response to Objection |
| | d. DEFT 3588<br>e. DEFT 3623<br>f. DEFT 3624 | | |
| 27. | Charting Photos of Officer Dustin Richmond<br>a. DEFT 3017<br>b. DEFT 3018<br>c. DEFT 3019<br>d. DEFT 3020 | | |
| 28. | Charting Photos of Officer Joseph Hunt<br>a. DEFT 3024<br>b. DEFT 3025<br>c. DEFT 3026<br>d. DEFT 3027 | | |
| 29. | Photographs of Decedent (living) and Decedent with Family | 10-11-23 → | |
| 30. | Photographs of the scene<br>a. DEFT 3592<br>b. DEFT 3593<br>c. DEFT 3594<br>d. DEFT 3596<br>e. DEFT 3607<br>f. DEFT 3598<br>g. DEFT 3599<br>h. DEFT 3600<br>i. DEFT 3601<br>j. DEFT 3603<br>k. DEFT 3608<br>l. DEFT 3611<br>m. DEFT 3612<br>n. DEFT 3613<br>o. DEFT 3614<br>p. DEFT 3615<br>q. DEFT 3616<br>r. DEFT 3617 | | |
| 31. | LAPD Training Bulletin on In-Custody Deaths, 1999 | Irrelevant (FRE 401, 402); Lacks foundation (FRE 901); Hearsay (FRE 801, 802); and Prejudicial (FRE 403). This | FRE 401 relevant to Monell causes of action |

| | Plaintiffs' Exhibits | | |
|---|---|---|---|
| No. | Description | If Objected, State Grounds | Response to Objection |
| | | document is the subject of Defendants' Motion *in Limine* No. 1 (Dkt. 51); and Defendants' Additional Brief in Support of MIL No. 1 (Dkt. 103). | |
| 32. | LAPD Training Bulletin on Restraining Procedures, 1997 | Irrelevant (FRE 401, 402); Hearsay (FRE 801, 802); and Prejudicial (FRE 403). This document is the subject of Defendants' Motion *in Limine* No. 1 (Dkt. 51); and Defendants' Additional Brief in Support of MIL No. 1 (Dkt. 103). | FRE 401, relevant to *Monell* cause of action |
| 33. | LAFD Pre-hospital Care Report (Identification only) | 10-11-23 | |
| 34. | LAPD Use of Force-Tactics Directive 2.2., November 2017, Hobble Restraint Device | 10/10/23 | 10/11/23 |
| 35. | Los Angeles Police Department Manual Volume IV, 217.38, 217.40, 648.13 | Irrelevant (subsequent remedial measures) (FRE 401, 402); Lacks foundation (FRE 901); Hearsay (FRE 801, 802); and | FRE 401, relevant to *Monell* cause of action and expert opinions |

7
PARTIES' JOINT AMENDED EXHIBIT LIST

| | Plaintiffs' Exhibits | | |
|---|---|---|---|
| No. | Description | If Objected, State Grounds | Response to Objection |
| | | Prejudicial (FRE 403). | |
| 36. | "Screaming Their Last Breath: Why First Responders Must Never Ignore the Words 'I Can't Breathe'", Dec. 11, 2015, Calibre Press, reprinted Jun 2, 2020 | Hearsay (FRE 801, 802) | FRE 401, relevant to *Monell* cause of action and expert opinions |
| 37. | International Association of Chiefs of Police, Training Key No. 429, Custody Death Syndrome (1993) | Hearsay (FRE 801, 802) | FRE 401, relevant to *Monell* cause of action and expert opinions |
| 38. | International Association of Chiefs of Police, The Prone Restraint—Still a Bad Idea, 10 Pol'y Rev. 1, 2 (1998) | Hearsay (FRE 801, 802) | FRE 401, relevant to *Monell* cause of action and expert opinions |
| 39. | United States Dep't of Justice, Principles for Promoting Police Integrity 4 (2001) | Hearsay (FRE 801, 802) | FRE 401, relevant to *Monell* cause of action and expert opinions |
| 40. | Charlotte-Mecklenburg Police Department, Directive 500-003, https://bit.ly/3mp7uM7 | Irrelevant (FRE 401, 402) (*directive effective 2/6/20 after subject incident 4/8/19*); Hearsay (FRE 801, 802) | FRE 401, relevant to *Monell* cause of action and expert opinions |
| 41. | Detroit Police Department, Use of Force, 304.2-7, Duty to Report/Render Aid, https://bit.ly/2HR7h59 | Irrelevant (FRE 401, 402) (*manual effective 2020 after subject incident 4/8/19*); Hearsay (FRE 801, 802) | FRE 401, relevant to *Monell* cause of action and expert opinions |
| 42. | Indianapolis Police Department, General Order 8.1, Prisoner Handling, | Irrelevant (FRE 401, 402); Hearsay (FRE 801, 802) | FRE 401, relevant to *Monell* cause of action and expert opinions |

| | **Plaintiffs' Exhibits** | | |
|---|---|---|---|
| No. | Description | If Objected, State Grounds | Response to Objection |
| | Transportation and Escape, https://bit.ly/2HQFFx0 | | |
| 43. | New Orleans Police Department, Operations Manual, Chapter 1.3.1.1, Handcuffing and Restraint Devices, https://bit.ly/3lokG2u | Irrelevant (FRE 401, 402); Hearsay (FRE 801, 802) | FRE 401, relevant to *Monell* cause of action and expert opinions |
| 44. | New York Police Department, Patrol Guide, Use of Force, 221-02, https://on.nyc.gov/37ixnXG | Irrelevant (FRE 401, 402); Hearsay (FRE 801, 802) | FRE 401, relevant to *Monell* cause of action and expert opinions |
| 45. | Metropolitan Police Department (Washington, D.C.), General Order 901.07, Use of Force, https://bit.ly/3moUnum | Irrelevant (FRE 401, 402) (*general order effective 1/1/22 after subject incident 4/8/19*); Hearsay (FRE 801, 802) | FRE 401, relevant to *Monell* cause of action and expert opinions |
| 46. | "How to Prevent Positional Asphyxia", Police Magazine (Sept. 9, 2019) | Hearsay (FRE 801, 802) | FRE 401, relevant to *Monell* cause of action and expert opinions |
| 47. | *Evaluating Police Uses of Force*, New York University Press, Jeff Noble, Seth Stoughton, Geoffrey Alpert. | Hearsay (FRE 801, 802) | FRE 401, relevant to *Monell* cause of action and expert opinions |
| 48. | United States Department of Justice, National Institute of Justice, "Positional Asphyxia—Sudden Death", June 1995, https://bit.ly/36o4lXc | Hearsay (FRE 801, 802) | FRE 401, relevant to *Monell* cause of action and expert opinions |

**Defendants' Exhibits**

| | Defendants' Exhibits | | |
|---|---|---|---|
| No. | Description | If Objected, State Grounds | Response to Objection |
| 101. | CAD Summary Report concerning the subject incident, bate stamped DEFT 1001-1002. (identification only) | Hearsay (FRE 801, 802); FRE 403 | Defendants do not anticipate moving to admit this exhibit, it is listed only for identification if needed during trial. |
| 102. | LAPD Death Investigation Report, bate stamped DEFT 1003. (identification only) | Hearsay (FRE 801, 802); FRE 403 | Defendants do not anticipate moving to admit this exhibit, it is listed only for identification if needed during trial. |
| 103. | LAPD's Incident Recall Printout concerning the subject incident, bate stamped DEFT 1004-1007. (identification only) | Hearsay (FRE 801, 802); FRE 403 | Defendants do not anticipate moving to admit this exhibit, it is listed only for identification if needed during trial. |
| 104. | LAPD's Property Reports, bate stamped DEFT 1008-1009. (identification only) | Hearsay (FRE 801, 802); FRE 403 | Defendants do not anticipate moving to admit this exhibit, it is listed only for identification if needed during trial. |
| 105. | LAPD's Force Investigation Division Report No. F012-19, bate stamped DEFT 1010-1033. (identification only) | Hearsay (FRE 801, 802); FRE 403 | Defendants will not move to admit this exhibit, it is listed only for identification if needed during trial. |
| 106. | The Decedent's medical records from Valley Presbyterian Hospital, | Hearsay (FRE 801, 802.) | The document is admissible under multiple hearsay |

| | Defendants' Exhibits | | |
|---|---|---|---|
| No. | Description | If Objected, State Grounds | Response to Objection |
| | bate stamped DEFT 1034-2996. | | exceptions (FRE 801(d); 803(4); 804.) |
| 107. | Photos depicting the officers that responded to the incident scene, bate stamped DEFT 2997 - 3027. | | |
| 108. | Transcript of the audio recorded interview of Officer Brian Cuba, bate stamped DEFT 3028 - 3072. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 109. | Transcript of the audio recorded interview of Officer Scott Nunez, bate stamped DEFT 3073 - 3106. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 110. | Transcript of the audio recorded interview of Officer Walter Sampson, bate stamped DEFT 3107 - 3134. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 111. | Transcript of the audio recorded interview of Officer Alvin Engle, bate stamped DEFT 3135 - 3144. (identification only) | Hearsay (FRE 801, 802.) | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 112. | Transcript of the audio recorded interview of Officer Dustin | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay |

| | Defendants' Exhibits | | |
|---|---|---|---|
| No. | Description | If Objected, State Grounds | Response to Objection |
| | Richmond, bate stamped DEFT 3145 – 3206; 3561 - 3572. (identification only) | | exceptions (FRE 801(d); 803(5), (6), (8).) |
| 113. | Transcript of the audio recorded interview of Officer Joseph Hunt, bate stamped DEFT 3207 – 3250; 3573 - 3581. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 114. | Transcript of the audio recorded interview of Sergeant Jeff Briscoe, bate stamped DEFT 3251 - 3291. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 115. | Transcript of the audio recorded interview of Officer Kevin Stepan, bate stamped DEFT 3292 - 3300. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) 801(d); 803.) |
| 116. | Transcript of the audio recorded interview of Officer Lorenzo Stephenson, bate stamped DEFT 3301 - 3316. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 117. | Transcript of the audio recorded interview of Officer Tadeh Menasakanian, bate | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE |

| | Defendants' Exhibits | | |
|---|---|---|---|
| No. | Description | If Objected, State Grounds | Response to Objection |
| | stamped DEFT 3317 – 3340; 3519 - 3531. (identification only) | | 801(d); 803(5), (6), (8).) |
| 118. | Transcript of the audio recorded interview of the Decedent's brother, Juan Carlos Juarez Cedillo bate stamped DEFT 3341 – 3371; 3544 - 3560. | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 119. | Transcript of the audio recorded interview of witness, Philip Martinez, bate stamped DEFT 3372 - 3388. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 120. | Transcript of the audio recorded interview of Officer Juan Acevedo, bate stamped DEFT 3389 - 3402. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 121. | Transcript of the audio recorded interview of Officer Thomas Andreas, bate stamped DEFT 3403 – 3431; 3532 - 3543. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 122. | Transcript of the audio recorded interview of FF Bryan Tell, bate stamped DEFT 3432 - 3451. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |

| | Defendants' Exhibits | | |
|---|---|---|---|
| No. | Description | If Objected, State Grounds | Response to Objection |
| 123. | Transcript of the audio recorded interview of FF Jake Hall, bate stamped DEFT 3452 - 3475. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 124. | Transcript of the audio recorded interview of FF Roman Zavala, bate stamped DEFT 3476 - 3491. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 125. | Transcript of the audio recorded interview of FF Javier Rivera, bate stamped DEFT 3492 - 3503. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 126. | Transcript of the audio recorded interview of FF Andrew Tom, bate stamped DEFT 3505 - 3518. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 127. | Photos depicting the Decedent at the hospital, bate stamped DEFT 3582 – 3588; 3623 - 3632. | | |
| 128. | Photos of the location of the incident Woodman/Sherman Way, taken on the date of the incident, bate | | |

| | Defendants' Exhibits | | |
|---|---|---|---|
| No. | Description | If Objected, State Grounds | Response to Objection |
| | stamped DEFT 3589 – 3622. | | |
| 129. | Audio recorded interview of the Decedent's brother, Juan Carlos Juarez Cedillo, bate stamped DEFT 3624 - 3625. | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (21).) |
| 130. | Audio recorded interview of Mr. Philip Martinez, bate stamped DEFT 3626. (identification only) | Hearsay (FRE 801, 802.) | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 131. | Audio recorded interview of Officer Dustin Richmond, bate stamped DEFT 3627; 3632. (identification only) | Hearsay if not offered by party-opponent (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 132. | Audio recorded interview of Officer Joseph Hunt, bate stamped DEFT 3628; 3633. (identification only) | Hearsay if not offered by party-opponent (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 133. | Audio recorded interview of Officer Alvin Engle, bate stamped DEFT 3629. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 134. | Audio recorded interview of Officer | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay |

| | Defendants' Exhibits | | |
|---|---|---|---|
| No. | Description | If Objected, State Grounds | Response to Objection |
| | Brian Cuba, bate stamped DEFT 3630. (identification only) | | exceptions (FRE 801(d); 803(5), (6), (8).) |
| 135. | Audio recorded interview of Officer Lorenzo Stephenson, bate stamped DEFT 3631. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 136. | Audio recorded interview of Officer Juan Acevedo, bate stamped DEFT 3634. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 137. | Audio recorded interview of Officer Tadeh Menasakanian, bate stamped DEFT 3635 - 3636. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 138. | Audio recorded interview of Officer Kevin Stepan, bate stamped DEFT 3637. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 139. | Audio recorded interview of Officer Scott Nunez, bate stamped DEFT 3638. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 140. | Audio recorded interview of Officer Walter Sampson, bate stamped DEFT 3639. | Hearsay (FRE 801, 802.) | The document is admissible under multiple hearsay exceptions (FRE |

| | Defendants' Exhibits | | |
|---|---|---|---|
| No. | Description | If Objected, State Grounds | Response to Objection |
| | (identification only) | | 801(d); 803(5), (6), (8).) |
| 141. | Media Files of Sergeant Andreas:<br>141-1: Audio recorded interview of Sergeant Andreas, bate stamped DEFT 3640.<br>141-2 through 141-5: Sergeant Andreas' Body Worn Videos, bate stamped DEFT 3803-3806 | Hearsay (FRE 801, 802.) | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 142. | Audio recorded interview of Sergeant Jeff Briscoe, bate stamped DEFT 3641. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 143. | DICV footage of Officers Nunez and Sampson's vehicle depicting the alleged use of force incident, bate stamped DEFT 3643. | | |
| 144. | Surveillance footages from 76 Gas Station depicting the Officers' initial contact with the Decedent, bate stamped DEFT 3644 - 3645. | | |
| 145. | Officer Dustin Richmond's Body Worn Video ("BWV"), depicting the officers' contact with the Decedent and the alleged use of force incident, | | |

| | Defendants' Exhibits | | |
|---|---|---|---|
| No. | Description | If Objected, State Grounds | Response to Objection |
| | bate stamped DEFT 3646; 3819. | | |
| 146. | Surveillance footage from 76 Gas Station depicting the alleged use of force incident, bate stamped DEFT 3647. | | |
| 147. | DICV footage depicting the alleged use of force incident, bate stamped DEFT 3648. | | |
| 148. | Officer Tadeh Menasakanian's BWVs depicting the officers' restraint of the Decedent, bate stamped DEFT 3649; 3815. | 10-12-23 | |
| 149. | DICV footage depicting the alleged use of force incident and arrival of the Rescue Ambulance, bate stamped DEFT 3650. | | |
| 150. | Photo of the scene of the incident taken by a witness, Philip Martinez, bate stamped DEFT 3651. | | |
| 151. | Autopsy Report, bate stamped DEFT 3652 – 3675. (identification only) | Hearsay (FRE 801, 802); FRE 403 | Plaintiff also has this document listed as Exhibit No. 42. The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(8).) |
| 152. | Los Angeles County Consolidated Criminal | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under |

| | Defendants' Exhibits |||
|---|---|---|---|
| No. | Description | If Objected, State Grounds | Response to Objection |
| | History System printout of the Decedent, bate stamped DEFT 3676 – 3684. | | multiple hearsay exceptions (FRE 801(d); 803(8).) |
| 153. | LAPD Watch Commander's Daily Report dated April 7, 2019, bate stamped DEFT 3685 – 3699. (identification only) | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(5), (6), (8).) |
| 154. | Autopsy photos of the Decedent, bate stamped DEFT 3700 – 3799. | | |
| 155. | DICV footages depicting the Officers' response to the scene of the incident, bate stamped DEFT 3800 -3801. | | |
| 156. | Officer Acevedo's BWV depicting his response to the incident, bate stamped DEFT 3802. | | |
| 157. | Sergeant Briscoe's BWVs depicting his response to the incident, bate stamped DEFT 3807 -3808. | | |
| 158. | Officer Cuba's BWVs depicting his response to the incident, bate stamped DEFT 3809 - 3810. -1 | 10/11/23 | |
| 159. | Officer Engle's BWV depicting his response to the incident, bate stamped DEFT 3811. | | |

| | Defendants' Exhibits | | | |
|---|---|---|---|---|
| No. | Description | | If Objected, State Grounds | Response to Objection |
| 160. | Officer Hunt's BWV depicting his response to the incident, bate stamped DEFT 3812. | | | |
| 161. | Officer Kim's BWV depicting his response to the incident, bate stamped DEFT 3813. | | | |
| 162. | Officer Leiphardt's BWV depicting his response to the incident, bate stamped DEFT 3814. | | | |
| 163. | Officer Murray's BWV depicting his response to the incident, bate stamped DEFT 3816. | | | |
| 164. | Officer Nunez's BWV depicting his response to the incident, bate stamped DEFT 3817. | 10-11-23 10-12-23-(164-2) | | → |
| 165. | Officer Parson's BWV depicting his response to the incident, bate stamped DEFT 3818. | | | |
| 166. | Officer Sampson's BWV depicting his response to the incident, bate stamped DEFT 3820 - 3821. | | | |
| 167. | Officer Stephenson's BWV depicting his response to the incident, bate stamped DEFT 3822 - 3823. | | | |
| 168. | Google map images of the location of the incident. | | | |

| | Defendants' Exhibits | | |
|---|---|---|---|
| No. | Description | If Objected, State Grounds | Response to Objection |
| 169. | Van Nuys Frequency Communication Recording | | |
| 170. | Transcript of Van Nuys Frequency Communication Recording | | |
| 171. | LAFD Pre-hospital Care Report | Hearsay (FRE 801, 802); FRE 403 | The document is admissible under multiple hearsay exceptions (FRE 801(d); 803(4); 804.) |
| 172. | | | |
| 173. | | | |
| 174. | | | |
| 175. | | | |
| 176. | | | |
| 177. | | | |
| 178. | | | |
| 179. | | | |
| 180. | | | |
| 181. | | | |
| 182. | | | |
| 183. | | | |
| 184. | | | |
| 185. | | | |
| 186. | | | |
| 187. | | | |
| 188. | | | |

PARTIES' JOINT AMENDED EXHIBIT LIST