FILED
CLERK, U.S. DISTRICT COURT
10/13/23
CENTRAL DISTRICT OF CALIFORNIA
BY: SE  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE JUAREZ ZELAYA, Individually and as Successor-in-Interest to Decedent JACOBO JUAREZ CEDILLO;<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; DUSTIN RICHMOND; JOSEPH HUNT,<br><br>Defendants. | Case No.: 2:20-cv-08382-ODW-MAA<br><br>*Assigned to:*<br>Hon. Otis D. Wright, II<br>Hon. Mag. Maria A. Audero<br><br>**FIRST AMENDED JOINT WITNESS LIST**<br><br><u>Final Pre-Trial Conference</u><br>Date: August 7, 2023<br>Time: 1:30 p.m.<br>Place: Courtroom 5D<br><br>Trial Date: September 5, 2023<br>Time: 9:00 a.m.<br>Place: Courtroom 5D |

-1-

FIRST AMENDED JOINT WITNESS LIST

TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD:

Plaintiff Nicole Juarez Zelaya and Defendants City of Los Angeles, Officer Dustin Richmond, and Officer Joseph Hunt, hereby serve the following list of witnesses which they may call during trial, and as a draft of the Parties' Joint Witness List. Plaintiff and Defendants reserve the right to supplement and/or amend this list.

Dated: July 24, 2023

**LAW OFFICES OF LUIS A. CARRILLO**
**LAW OFFICES OF DALE K. GALIPO**

*/s/ Dale K. Galipo*[1]
Dale K. Galipo
Michael S. Carrillo
Renee V. Masongsong
*Attorneys for Plaintiff*

Dated: July 24, 2023

**HURRELL CANTRALL LLP**

*/s/ Diane Martinez*
Thomas Hurrell
Diane Martinez
Blessing Ekpezu
Attorneys for Defendants

---

[1] Pursuant to LR5-4.3.4(2)(i), I, Dale K. Galipo, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | **Plaintiffs' Witness List** | |
|---|---|---|
| No. Name | Plaintiff's Summary of Expected Testimony | Estimate of Time |
| 1. Abe, Bolatito, M.D. | Dr. Abe is expected to testify (in person) as to: the medical treatment provided to Mr. Cedillo upon his arrival at Valley Presbyterian Hospital; the reasonableness and necessity of such treatment and any related medical billing. | Direct: 0.3<br><br>Cross/Direct: |
| 2. Hunt, Joseph (Defendant Officer)<br><br>10/11/23 | This defendant officer will testify (in person) as to his observations of and involvement in the incident, including the force and restraint he used against Mr. Cedillo and the information known to him at the time he used force and restraint against Mr. Cedillo. Joseph Hunt will also testify as to: LAPD policies, customs, and practices; his LAPD training. | Direct: 1.5<br><br>Cross/Direct: |
| 3. Juarez Cedillo, Juan Carlos | Juan Juarez Cedillo will testify as to Plaintiff's damages. | Direct: 0.3<br><br>Cross/Direct: |
| 4. Juarez Zelaya, Nicole (Plaintiff)<br><br>10/11/23 | Plaintiff Nicole Juarez Zelaya will testify as to her damages. | Direct: 0.3<br><br>Cross/Direct: |
| 5. Kennedy, Martina, D.O. (Medical Examiner) | Dr. Kennedy is a forensic pathologist with the Los Angeles County Coroner's office and performed the autopsy of Decedent. Dr. Kennedy is expected to testify (in person) as to: the nature of the injuries Decedent sustained during the incident; the | Direct: 0.5<br><br>Cross/Direct: |

| | **Plaintiffs' Witness List** | | |
|---|---|---|---|
| No. | Name | Plaintiff's Summary of Expected Testimony | Estimate of Time |
| | | pain and suffering Decedent may have experienced prior to death; the cause and manner of Decedent's death; the findings and conclusions stated in the Autopsy Report for Decedent. | |
| 6. | Koshkaryan, Vahan, M.D. | Dr. Koshkaryan is expected to testify (in person) as to: the medical treatment provided to Decedent upon his arrival at Valley Presbyterian Hospital, including life-saving efforts, diagnosis, and prognosis; the reasonableness and necessity of such treatment and any related medical billing; and any other observations he may have formed regarding this incident. | Direct: 0.3<br><br>Cross/Direct: |
| 7. | Lwin, Cho, M.D. | Dr. Lwin is a forensic pathologist with the Los Angeles County Coroner's office and performed the brain cutting and analysis of Decedent. Dr. Lwin is expected to testify (in person) as to: the nature of the injuries Decedent sustained during the incident; the pain and suffering Decedent may have experienced prior to death; the cause and manner of Decedent's death; the findings and conclusions stated in his neuropathology report. | Direct: 0.3<br><br>Cross/Direct: |
| 8. | Lyons, Samir (Plaintiff's expert) | Mr. Lyons is Plaintiff's retained expert in the field of forensic animation. Mr. Lyons will testify (in person) as to the demonstrative animations that he developed to explain how the pressure applied to | Direct: 0.5<br><br>Cross/Direct: |

| | **Plaintiffs' Witness List** | | |
|---|---|---|---|
| No. | Name | Plaintiff's Summary of Expected Testimony | Estimate of Time |
| | | the decedent by the officers during their interaction impacted the ability of Mr. Cedillo's lungs to properly function and supply blood to the brain, as well as compare normal breathing to compromised breathing. | |
| 9. | Menasakanian, Tadeh (Officer)<br><br>10/11/23 | LAPD Officer Tadeh Menasakanian was on scene during this incident and applied a hobble to Mr. Cedillo. Tadeh Menasakanian will testify (in person) as to: his observations of and involvement in the incident, including force and restraint used against Mr. Cedillo; his knowledge of LAPD policies, customs, practices, and training with respect to positional and restraint asphyxia; his LAPD training with respect to police tactics, restraints, handcuffing, and training he received on positional and restraint asphyxia. | Direct: 0.3<br><br>Cross/Direct: |
| 10. | Noble, Jeffrey (Plaintiff's expert)<br><br>10-11-23 | Mr. Noble is Plaintiff's police practices expert regarding. Mr. Noble will provide in-person expert opinion testimony and his own expert opinion in the area of expertise and opinions contained in the FRCP 26 report. His areas of expertise in policing include, but are not limited to: police use of force; pursuits; police administration; training; police operations; criminal investigations; interviews and interrogations; civil | Direct: 1.0<br><br>Cross/Direct: |

| | Plaintiffs' Witness List | | |
|---|---|---|---|
| No. | Name | Plaintiff's Summary of Expected Testimony | Estimate of Time |
| | | rights violations and investigations; internal/administrative investigations; criminal investigations; police discipline; citizen complaints; and police policies and procedures. | |
| 11. | Nunez, Scott (Officer) *10-11-23* | LAPD Officer Scott Nunez was on scene during this incident and observed the defendant officers holding Mr. Cedillo down with their body weight. Officer Nunez will testify (in person) as to: his observations of and involvement in the incident, including force and restraint used against Mr. Cedillo; his knowledge of LAPD policies, customs, practices, and training with respect to positional and restraint asphyxia; his LAPD training with respect to police tactics, restraints, handcuffing, and training he received on positional and restraint asphyxia. | Direct: 0.3<br><br>Cross/Direct: |
| 12. | Omalu, Bennet, M.D. (Plaintiff's expert) *10/12/23* | Plaintiff's expert Dr. Omalu is a forensic pathologist. Dr. Omalu is expected to testify (in person) as to: the nature of the injuries Mr. Cedillo sustained during the incident; the pain and suffering Mr. Cedillo experienced prior to death; the underlying cause of death, mechanism of death, contributory factor to death, and manner of death of Mr. Cedillo; the findings in the Autopsy Report. | Direct: 0.75<br><br>Cross/Direct: |

| | **Plaintiffs' Witness List** | | |
|---|---|---|---|
| No. | Name | Plaintiff's Summary of Expected Testimony | Estimate of Time |
| 13. | Richmond, Dustin (Defendant Officer)<br><br>10/10/23  10/11/23 | This defendant officer will testify (in person) as to his observations of and involvement in the incident, including the force and restraint he used against Mr. Cedillo and the information known to him at the time he used force and restraint against Mr. Cedillo. Joseph Hunt will also testify as to: LAPD policies, customs, and practices; his LAPD training. | Direct: 1.5<br><br>Cross/Direct: |
| 14. | Rivera, Javier (Firefighter/Paramedic)<br><br>10/11/23 | Mr. Rivera is a Los Angeles City Fire Department, firefighter/paramedic who evaluated and treated Mr. Cedillo on the date of the incident. Mr. Rivera will testify (in person) as to his response to the scene of the incident, his observations upon arrival at the scene. He will also testify as to their resuscitation efforts, observations of any wounds while at the scene, and any medical treatment or aid given. | Direct: 0.3<br><br>Cross/Direct: |
| 15. | Sampson, Walter (Officer) | LAPD Officer Walter Sampson was on scene during this incident and made observations of officers restraining Mr. Cedillo and on Mr. Cedillo's back. LAPD Officer Walter will testify (in person) as to: his observations of and involvement in the incident, including force and restraint used against Mr. Cedillo; LAPD policies, customs, and practices; and his LAPD training. | Direct: 0.3<br><br>Cross/Direct: |

| | **Plaintiffs' Witness List** | | |
|---|---|---|---|
| No. | Name | Plaintiff's Summary of Expected Testimony | Estimate of Time |
| 16. | Tell, Bryan (Firefighter/EMT) | Mr. Tell is a Los Angeles City Fire Department, firefighter/paramedic who evaluated and treated Mr. Cedillo at the scene. Mr. Tell will testify (in person) as to: his response to the scene of the incident; his observations upon arrival at the scene; Mr. Cedillo's presentation, level of consciousness, injuries, triage, and treatment according to protocols. | Direct: 0.3<br><br>Cross/Direct: |
| 17. | Tom, Andrew (Firefighter/Paramedic) | Mr. Andrew is a Los Angeles City Fire Department, firefighter/paramedic who evaluated and treated Mr. Cedillo at the scene. Mr. Andrew will testify (in person) as to: his response to the scene of the incident; his observations upon arrival at the scene; Mr. Cedillo's presentation, level of consciousness, injuries, triage, and treatment according to protocols. | Direct: 0.3<br><br>Cross/Direct: |
| 18. | Wade, Justin (PMK) | Justin Wade is the individual designated by the City of Los Angeles as the "person most knowledgeable" with respect to the City's policies, procedures, and training on positional and restraint asphyxia. Plaintiff anticipates that Mr. Wade will testify in person. | Direct: 0.5<br><br>Cross/Direct: |
| 19. | Wohlgelernter, Daniel, M.D (Plaintiff's expert) | Dr. Wohlgelernter will provide expert opinion testimony regarding the effects of the officers' uses of force and restraint on Mr. Cedillo, including that it was a cause of Mr. Cedillo's death. | Direct: 0.5<br><br>Cross/Direct: |

10/13/23

| Plaintiffs' Witness List | | | |
|---|---|---|---|
| No. | Name | Plaintiff's Summary of Expected Testimony | Estimate of Time |
| 20. | Zavala, Roman (Firefighter/Paramedic) | Mr. Zavala is a Los Angeles City Fire Department, firefighter/paramedic who evaluated and treated Mr. Cedillo at the scene. Mr. Zavala will testify (in person) as to: his response to the scene of the incident; his observations upon arrival at the scene; Mr. Cedillo's presentation, level of consciousness, injuries, triage, and treatment according to protocols. | Direct: 0.3<br><br>Cross/Direct: |

### Defendants' Witness List

| Defendants' Witness List | | | |
|---|---|---|---|
| No. | Name | Defendants' Summary of Expected Testimony | Estimate of Time |
| 21. | Nicole Juarez Zelaya | She is the Plaintiff in this matter, and will testify about her claims against Defendants as well as her alleged injuries. | Direct: 0.75<br><br>Cross: |
| 22. | Juan Carlos Juarez Cedillo | He is the Decedent's brother, and will testify as to the Decedent's history of drug use and his general upbringing. | Direct: 0.5<br><br>Cross: |
| 23. | Officer Dustin Richmond | He is a named defendant, and was one of the Los Angeles Police Department ("LAPD") officers that first had contact with the Decedent. He will testify about the his observations of Decedent, his interactions with Decedent, as well as all aspects of the use of force applied on Decedent, and his relevant training. | Direct: 1.0<br><br>Cross: |

| | **Defendants' Witness List** | | |
|---|---|---|---|
| No. | Name | Defendants' Summary of Expected Testimony | Estimate of Time |
| 24. | Officer Joseph Hunt | He is a named defendant, and was one of the LAPD officers that first had contact with the Decedent. He will testify about the his observations of Decedent, his interactions with Decedent, as well as all aspects of the use of force applied on Decedent, and his relevant training. | Direct: 1.0<br><br>Cross: |
| 25. | Officer Brian Cuba<br><br>10-12-23 | He was one of the LAPD officers that reported at the scene of the incident. He will testify about his perception of the events that occurred and the extent of his participation in said events, including observing the Decedent remove drug-like substance from his pocket. | Direct: 0.5<br><br>Cross: |
| 26. | *Officer Scott Nunez | He was one of the LAPD officers that reported at the scene of the incident. He will testify about his perception of the events that occurred and the extent of his participation in said events. | Direct: 0.25<br><br>Cross: |
| 27. | *Officer Walter Sampson | He was one of the LAPD officers that reported at the scene of the incident. He will testify about his perception of the events that occurred and the extent of his participation in said events, including observing the Decedent remove drug-like substance from his pocket. | Direct: 0.25<br><br>Cross: |
| 28. | *Officer Alvin Engle | He was one of the LAPD officers that reported at the scene of the incident. He will testify about his perception of the events that occurred and the extent of his participation in said events. | Direct: 0.25<br><br>Cross: |
| 29. | Sergeant Jeff Briscoe 10-12-23 | He was the first LAPD sergeant that reported at the scene of the incident. He will testify about his perception of | Direct: 0.5<br><br>Cross: |

| | Defendants' Witness List | | |
|---|---|---|---|
| No. | Name | Defendants' Summary of Expected Testimony | Estimate of Time |
| | | the events that occurred and the extent of his participation in said events. | |
| 30. | *Officer Kevin Stepan | He was one of the LAPD officers that reported at the scene of the incident. He will testify about his perception of the events that occurred and the extent of his participation in said events. | Direct: 0.25<br><br>Cross: |
| 31. | *Officer Lorenzo Stephenson | He was one of the LAPD officers that reported at the scene of the incident. He will testify about his perception of the events that occurred and the extent of his participation in said events. | Direct: 0.25<br><br>Cross: |
| 32. | Officer Tadeh Menasakanian | He was one of the LAPD officers that reported at the scene of the incident. He will testify about his perception of the events that occurred and the extent of his participation in said events. | Direct: 0.75<br><br>Cross: |
| 33. | *Officer Juan Acevedo | He was one of the LAPD officers that reported at the scene of the incident. He will testify about his perception of the events that occurred and the extent of his participation in said events. | Direct: 0.25<br><br>Cross: |
| 34. | Officer Thomas Andreas | He was one of the LAPD sergeants that reported at the scene of the incident. He will testify about his perception of the events that occurred and the extent of his participation in said events. | Direct: 0.5<br><br>Cross: |
| 35. | *Lieutenant David Smith | Lt. Smith was the Officer-in-Charge of the LAPD's Force Investigation Division ("FID".) He prepared FID's In-Custody Report following investigation into the subject incident. He will testify as to the his involvement in the investigation and the content of the Report he prepared. | Direct: 0.3<br><br>Cross: |

| | **Defendants' Witness List** | | |
|---|---|---|---|
| No. | Name | Defendants' Summary of Expected Testimony | Estimate of Time |
| 36. | *Detective C. Linscomb | He participated in the LAPD FID's investigation into the incident. He will testify about his involvement in and the outcome of the investigation. | Direct: 0.3<br><br>Cross: |
| 37. | *Detective T. Grabe | He participated in LAPD FID's investigation into the incident. He will testify about his involvement in and the outcome of the investigation. | Direct: 0.3<br><br>Cross: |
| 38. | *Detective U. Zesati | He participated in the LAPD FID's investigation into the incident. He will testify about his involvement in and the outcome of the investigation. | Direct: 0.3<br><br>Cross: |
| 39. | *Detective U. Sally | He participated in the LAPD FID's investigation into the incident. He will testify about his involvement in and the outcome of the investigation. | Direct: 0.3<br><br>Cross: |
| 40. | *Sergeant J. Falk | He participated in the LAPD FID's investigation into the incident. He will testify about his involvement in and the outcome of the investigation. | Direct: 0.3<br><br>Cross: |
| 41. | FF Bryan Tell[2] | He was one of the Los Angeles Fire Department ("LAFD") EMT personnel that rendered emergency medical care to the Decedent at the scene of the incident. He will testify about his perception of the Decedent and the treatment the Decedent received before being transported to the hospital. | Direct: 0.5<br><br>Cross: |
| 42. | FF Jake Hall | He was one of the LAFD EMT personnel that rendered emergency medical care to the Decedent at the scene of the incident. He will testify about his perception of the Decedent and the treatment the Decedent | Direct: 0.5<br><br>Cross: |

---

[2] Defendants anticipate only calling either FF Tell or FF Hall, depending on their availability for trial.

| | **Defendants' Witness List** | | |
|---|---|---|---|
| No. | Name | Defendants' Summary of Expected Testimony | Estimate of Time |
| | | received before being transported to the hospital. | |
| 43. | *FF Roman Zavala | He was one of the LAFD EMT personnel that rendered emergency medical care to the Decedent at the scene of the incident. He will testify about his perception of the Decedent and the treatment the Decedent received before being transported to the hospital. | Direct: 0.25<br><br>Cross: |
| 44. | *FF Javier Rivera | He was one of the LAFD EMT personnel that rendered emergency medical care to the Decedent at the scene of the incident. He will testify about his perception of the Decedent and the treatment the Decedent received before being transported to the hospital. | Direct: 0.25<br><br>Cross: |
| 45. | *FF. Andrew Tom | He was one of the LAFD EMT personnel that rendered emergency medical care to the Decedent at the scene of the incident. He will testify about his perception of the Decedent and the treatment the Decedent received before being transported to the hospital. | Direct: 0.25<br><br>Cross: |
| 46. | Officer Justin Wade | He will testify about relevant LAPD's policies and training including regarding seizures of persons and whether the Defendant Officers acted in accordance with their training and the Department's policies. | Direct: 0.75<br><br>Cross: |
| 47. | Mr. Phillip Martinez | He is a percipient witness (76 Station employee), and will testify about his perception of the events that occurred. | Direct: 0.4<br><br>Cross: |

13
FIRST AMENDED JOINT WITNESS LIST

| | **Defendants' Witness List** | | |
|---|---|---|---|
| No. | Name | Defendants' Summary of Expected Testimony | Estimate of Time |
| 48. | Martina Kennedy, D.O. | Dr. Kennedy is the medical examiner with the County of Los Angeles' Coroner's office that performed and/or supervised the autopsy of the Decedent following his death. She will testify as to findings she made and her opinion on the cause of the Decedent's death. | Direct: 0.5 <br><br> Cross: |
| 49. | Dr. Richard Clark | He is defense retained expert on the subject of medical toxicology and emergency medicine. He will testify as to his opinions regarding causation. | Direct: 1 <br><br> Cross: 1 |
| 50. | Edward Flosi <br><br> 10-13-23 | He is defense retained police practices expert. He will testify regarding his opinions regarding the Officers' use of force, and LAPD training and whether the Officers acted in accordance with training, policies and the standards expected of sworn peace officers. | Direct: 1 <br><br> Cross: 1 |
| 51. | Dr. Gary Vike <br><br> 10-13-23 | He is defense retained expert on the subject of emergency medicine. He will testify as to his opinions regarding the emergency care that the Decedent received both at the scene and at the hospital. He will also testify as to causation. | Direct: 1 <br><br> Cross: 1 |
| 52. | Dr. Michael Chaikin <br><br> 10/12/23 | He is defense retained expert on the subject of cardiology. He will testify as to his opinions regarding the cause of the Decedent's cardiac arrest that led to his death. | Direct: 1 <br><br> Cross: 1 |
| 53. | *Dr. Mubeeb Husaini | He was one of the Decedent's treating physicians at Valley Presbyterian Hospital. He will testify as to the treatment he provided to the Decedent. | Direct: 0.5 <br><br> Cross: |
| 54. | Dr. Cho Lwin | Dr. Lwin is a forensic pathologist with the County of Los Angeles' Coroner's office that performed a post mortem | Direct: 0.5 <br><br> Cross: |

| | Defendants' Witness List | | |
|---|---|---|---|
| No. | Name | Defendants' Summary of Expected Testimony | Estimate of Time |
| | | neuropathologic examination on the Decedent. He will testify as to his findings and conclusions following the examination as stated in his Neuropathology Report. | |
| 55. | *Kristina McGuire | She was the investigator from the County of Los Angeles' Coroner's office that investigated the Decedent's death. She will testify as to the findings and conclusions she made following the investigation as stated in her Investigative Report. | Direct: 0.5<br><br>Cross: |

(*) Defendants will only call these witnesses if necessary.