UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
10/13/23
CENTRAL DISTRICT OF CALIFORNIA
BY: SE  DEPUTY

Case No. CV 20-08382-ODW(MAA)   Date: 10/13/23

JURY NOTE NUMBER  1

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

  X   THE JURY REQUESTS THE FOLLOWING:

1) WHO WILL RECEIVE CEDILLO'S SETTLEMENT/DAMAGES?

2) WOULD OFFICERS HUNT AND/OR RICHMOND BE PERSONALLY LIABLE FOR ANY PORTION OF THE DAMAGES/SETTLEMENT FINANCIALLY?

3) WHEN WAS THE LAW SUIT INTRODUCED? (FILED?)

SIGNED: *Redact*
FOREPERSON OF THE JURY