

FILED
CLERK, U.S. DISTRICT COURT

10/13/23

CENTRAL DISTRICT OF CALIFORNIA
BY: ___SE___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 20-08382-ODW (MAA)           Date: 10/13/23

JURY NOTE NUMBER ___1___

_____    THE JURY HAS REACHED A UNANIMOUS VERDICT

X    THE JURY REQUESTS THE FOLLOWING:

① WHO WILL RECEIVE CEDILLO'S SETTLEMENT/DAMAGES?

_____

② WOULD OFFICERS HUNT AND/OR RICHMOND
BE PERSONALLY LIABLE FOR ANY PORTION
OF THE DAMAGES/SETTLEMENT FINANCIALLY?

③ WHEN WAS THE LAW SUIT INTRODUCED? (FILED?)

_____

SIGNED: _Redact_
FOREPERSON OF THE JURY

ANSWER: The answers to these questions are not
Relevant for purposes of completing
the Verdict form.