```
                    FILED
           CLERK, U.S. DISTRICT COURT

                  10/13/23

         CENTRAL DISTRICT OF CALIFORNIA
         BY:      SE       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 20-08382-ODW(MAA)                 Date: 10/13/23

JURY NOTE NUMBER ___2___

☒ THE JURY HAS REACHED A UNANIMOUS VERDICT

☐ THE JURY REQUESTS THE FOLLOWING:

_____
_____
_____
_____
_____
_____
_____
_____
_____

SIGNED: _Redacted_____
         FOREPERSON OF THE JURY