UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 20-08382-ODW(MAA)             Date: 10/13/23

FILED
CLERK, U.S. DISTRICT COURT
10/13/23
CENTRAL DISTRICT OF CALIFORNIA
BY: SE DEPUTY

JURY NOTE NUMBER __1__

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__ THE JURY REQUESTS THE FOLLOWING:

1) WHO WILL RECEIVE CEDILLO'S SETTLEMENT/DAMAGES?

2) WOULD OFFICERS HUNT AND/OR RICHMOND BE PERSONALLY LIABLE FOR ANY PORTION OF THE DAMAGES/SETTLEMENT FINANCIALLY?

3) WHEN WAS THE LAW SUIT INTRODUCED? (FILED?)

SIGNED: _____
FOREPERSON OF THE JURY

ANSWER: The answers to these questions are not relevant for purposes of completing the verdict form.