UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:20-cv-08382-ODW (MAAx) | Date | October 30, 2023 |
|---|---|---|---|
| Title | *Nicole Juarez Zelaya v. City of Los Angeles et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

On October 13, 2023, following a jury trial in this case, the jury returned a verdict in favor of Plaintiff and against Defendants. (*See* Verdict, ECF No. 121.) Accordingly, by **November 13, 2023**, the parties are ordered to meet and confer and submit a Joint Proposed Final Judgment. If the parties are unable to agree on a Joint Proposed Final Judgment, by the same date, Plaintiff shall file Plaintiff's Proposed Final Judgment, to be accompanied by a stipulated explanation of Defendants' disagreement.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |