Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   818-347-3333
Fax:   818-347-4118

Luis A. Carrillo, Esq. (SBN 70398)
Lac4justice@gmail.com
Michael S. Carrillo, Esq. (SBN 258878)
mc@carrillofirm.com
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

Attorneys for Plaintiff, Nicole Zelaya

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE JUAREZ ZELAYA, Individually and as Successor-in-Interest to Decedent JACOBO JUAREZ CEDILLO;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES; DUSTIN RICHMOND; JOSEPH HUNT,<br><br>　　　　　Defendants. | Case No. 2:20-cv-08382-ODW-MAA<br><br>*Assigned to*:<br>District Judge Otis D. Wright, II<br>Magistrate Judge Maria A. Audero<br><br>**NOTICE OF LODGING OF JOINT [PROPOSED] FINAL JUDGMENT** |

1  **TO THIS HONORABLE COURT:**

2    PLEASE TAKE NOTICE that the Parties hereby lodge the following Joint

3  [Proposed] Final Judgment.

5  DATED: Nov. 10, 2023        LAW OFFICES OF DALE K. GALIPO

7                           By:    */s/ Dale K. Galipo*
8                                Dale K. Galipo
                                Renee V. Masongsong
9                                Attorneys for Plaintiff

11  DATED:  Nov. 10, 2023        HURRELL CANTRALL LLP

13                           By:    */s/ Diane Martinez*
                                THOMAS C. HURRELL
14                               DIANE MARTINEZ
                                Attorneys for Defendants, CITY OF LOS
15                               ANGELES, OFFICER DUSTIN
                                RICHMOND AND OFFICER JOSEPH
16                               HUNT