# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICOLE JUAREZ ZELAYA, Individually and as Successor-In-Interest to Decedent, JACOB JUAREZ CEDILLO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; DUSTIN RICHMOND; JOSEPH HUNT,<br><br>Defendants. | Case No. 2:20-cv-08382-ODW (MAAx)<br><br>**JOINT [PROPOSED] FINAL JUDGMENT** |

The trial of this action began on October 10, 2023, in Courtroom 5D of the United States District Court, Central District of California, Honorable Otis D. Wright, II, presiding. Plaintiff Nicole Zelaya was represented at trial by attorneys Dale K. Galipo, Michael S. Carrillo, and Renee V. Masongsong. Defendants City of Los Angeles, Joseph Hunt, and Dustin Richmond were represented at trial by Thomas Hurrell and Diane Martinez.

A jury was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and thereafter returned a verdict as follows:

**QUESTION 1:** Did either of the officer defendants use excessive force or restraint against Jacobo Cedillo?

    Dustin Richmond   __ X __ YES    _____ NO

    Joseph Hunt   __ X __ YES    _____ NO

*If you answered YES to any Defendant(s) in Question No. 1, answer Question No. 2 only as to that Defendant(s).  If you answered NO as to all Defendants, then go to Question No. 3.*

**QUESTION 2:** Was the use of excessive force or restraint against Jacobo Cedillo by the officer defendant(s) a cause of harm, injury, damage, or death to Jacobo Cedillo?

    Dustin Richmond   __ X __ YES    _____ NO

    Joseph Hunt   __ X __ YES    _____ NO

*Proceed to Question No. 3.*

**QUESTION 3:** Did any of the officer defendants interfere with the Plaintiff's familial relationship with her father, Jacobo Cedillo?

        Dustin Richmond      __X__ YES      _____ NO

        Joseph Hunt      __X__ YES      _____ NO

*Proceed to Question No. 4.*

**QUESTION 4:** Did the City of Los Angeles fail to properly train Officers Richmond and/or Hunt with respect to the risks of prone restraint and/or the risks of positional and/or restraint asphyxia?

        __X__ YES      _____ NO

*If you answered YES to Question No. 4, answer Question No. 5.  If you answered NO, go to the Instructions for Question No. 7.*

**QUESTION 5:** Was the City of Los Angeles deliberately indifferent to the known or obvious consequence of its failure to train Officers Richmond and/or Hunt?

        __X__ YES      _____ NO

*If you answered YES to Question No. 5, answer Question No. 6.  If you answered NO, go to the Instructions above Question No. 7.*

**QUESTION 6:** Was the City of Los Angeles' failure to train Officers Richmond and/or Hunt with respect to the risks of prone restraint and/or the risks of positional and/or restraint asphyxia a moving force behind the injury, damage, harm or death to Jacobo Cedillo?

　　　　　　　　　　　　　　　　　   X    YES　　　　　_____ NO

*Please proceed to the Instructions above Question No. 7.*

## DAMAGES

*Instructions: Answer Question No. 7 **only** if you answered YES to Questions Nos. 2 and/or 6.*

**QUESTION 7:** What are Jacobo Cedillo's damages for his pre-death pain and suffering and loss of life?

　　　Pre-death pain and suffering　　　$6,000,000

　　　Loss of life　　　　　　　　　　　$6,000,000

*Instructions: Answer Question No. 8 **only** if you answered YES to Question No. 3 or Question No. 6.*

4

**QUESTION 8:** What are Plaintiff Nicole Zelaya's wrongful death damages for the loss of her father, Jacobo Cedillo?

Nicole Zelaya's past wrongful death damages             $1,000,000

Nicole Zelaya's future wrongful death damages          $500,000

NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

    Total judgment in the sum of $13,500,000, plus costs, pursuant to Federal Rule of Civil Procedure 54(d)(1), interest calculated from the date of the entry of judgment, at the rate specified by 28 U.S.C. §1961, and reasonable statutory attorneys' fees and costs as may be awarded by the court, is entered against the City of Los Angeles, Dustin Richmond, and Joseph Hunt and in favor of Plaintiff Nicole Zelaya. Plaintiff Nicole Zelaya is the prevailing party and may apply to the court for an award of costs and reasonable statutory attorneys' fees as permitted by federal and state law.

    IT IS SO ORDERED.

Dated: _____

                                Honorable Otis D. Wright, II
                                United States District Court
                                Central District of California