LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

Luis A. Carrillo, Esq. (SBN 70398)
Lac4justice@gmail.com
Michael S. Carrillo, Esq. (SBN 258878)
mc@carrillofirm.com
CARRILLO LAW FIRM, LLP
1499 Huntington Dr., Suite 402
South Pasadena, CA 91030
Tel:   (626) 799-9375
Fax:   (626) 799-9380

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE JUAREZ ZELAYA, Individually and as Successor-in-Interest to Decedent JACOBO JUAREZ CEDILLO; <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES; DUSTIN RICHMOND; JOSEPH HUNT, <br><br> Defendants. | Case No.: 2:20-cv-08382-ODW-MAA <br> *Assigned to:* <br> Hon. Otis D. Wright, II <br> Hon. Mag. Maria A. Audero <br><br> **JOINT STIPULATION AND REQUEST FOR EXTENDED BRIEFING SCHEDULE RE: PLAINTIFF'S ATTORNEY FEE MOTION AND APPLICATION TO TAX COSTS** |

1

**TO THIS HONORABLE COURT:**

COME NOW, Plaintiff Nicole Juarez Zelaya and Defendants City of Los Angeles, Officer Dustin Richmond, and Officer Joseph Hunt, and hereby submit the following stipulation for an extended briefing schedule with respect to Plaintiff's anticipated motion for attorneys' fees and application to tax costs.

| Event | Current Date | Proposed Date |
|---|---|---|
| Last day to file Plaintiff's Attorney Fee Motion and Application to Tax Costs | 11/27/2023 | 12/15/2023 |
| Last day to file Opposition to Plaintiff's Attorney Fee Motion | 21 days before the hearing on Plaintiff's Attorney Fee Motion | 12/29/2023 |
| Last day to file Reply to Plaintiff's Attorney Fee Motion | 14 days before the hearing on Plaintiff's Attorney Fee Motion | 1/12/2024 |
| Hearing on Plaintiff's Attorney Fee Motion | None set | 1/29/2024 |

The Parties further agree that this Court shall retain jurisdiction over Plaintiff's Attorney Fee Motion, and that this Court shall be able to rule on Plaintiff's Attorney Fee Motion, notwithstanding any notice of appeal filed by Defendants in this matter.

//

2

Dated: November 14, 2023

**LAW OFFICES OF LUIS A. CARRILLO**
**LAW OFFICES OF DALE K. GALIPO**


*/s/ Renee V. Masongsong*
Dale K. Galipo
Michael S. Carrillo
Renee V. Masongsong
*Attorneys for Plaintiff*

Dated: November 14, 2023

**HURRELL CANTRALL LLP**


*/s/ Diane Martinez*
Thomas Hurrell
Diane Martinez
*Attorneys for Defendants*

JOINT STIPULATION AND REQUEST FOR EXTENDED BRIEFING SCHEDULE RE: PLAINTIFF'S ATTORNEY
FEE MOTION AND APPLICATION TO TAX COSTS