**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE JUAREZ ZELAYA, Individually and as Successor-in-Interest to Decedent JACOBO JUAREZ CEDILLO;<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; DUSTIN RICHMOND; JOSEPH HUNT,<br><br>Defendants. | Case No.: 2:20-cv-08382-ODW-MAA<br><br>*Assigned to:*<br>Hon. Otis D. Wright, II<br>Hon. Mag. Maria A. Audero<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST FOR EXTENDED BRIEFING SCHEDULE RE: PLAINTIFF'S ATTORNEY FEE MOTION AND APPLICATION TO TAX COSTS** |

Having reviewed the Parties' Joint Stipulation, it is hereby ordered that the following dates shall be continued as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Last day to file Plaintiff's Attorney Fee Motion and Application to Tax Costs | 11/27/2023 | 12/15/2023 |
| Last day to file Opposition to Plaintiff's Attorney Fee Motion | 21 days before the hearing on Plaintiff's Attorney Fee Motion | 12/29/2023 |
| Last day to file Reply to Plaintiff's Attorney Fee Motion | 14 days before the hearing on Plaintiff's Attorney Fee Motion | 1/12/2024 |
| Hearing on Plaintiff's Attorney Fee Motion | None set | 1/29/2024 |

This Court shall retain jurisdiction over Plaintiff's Attorney Fee Motion, and that this Court shall be able to rule on Plaintiff's Attorney Fee Motion, notwithstanding any notice of appeal filed by Defendants in this matter.

IT IS SO ORDERED.

DATED:                                                    UNITED STATES DISTRICT COURT

_____
                                                          HON. JUDGE WRIGHT