# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:20-cv-08382-ODW (MAAx)　　　　　　　　Date December 1, 2023

Title: Nicole Juarez Zelaya v. City of Los Angeles et al.

Present: The Honorable Otis D. Wright, II

|  Sheila English  | Not reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　　　　Attorneys Present for Defendants:
Not present　　　　　　　　　　　　　　　　　Not present

Proceedings:　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated November 13, 2023.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Final Judgment entered on November 13, 2023. (ECF No. 129.)

☐ Entered _____.

Initials of Preparer　sce