Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Diane Martinez, State Bar No. 276499
E-Mail: dmartinez@hurrellcantrall.com
Blessing O. Ekpezu, State Bar No. 332308
E-Mail: bekpezu@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, CITY OF LOS ANGELES, OFFICER DUSTIN RICHMOND AND OFFICER JOSEPH HUNT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICOLE JUAREZ ZELAYA, Individually and as Successor-In-Interest to Decedent, JACOB JUAREZ CEDILLO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, OFFICER DUSTIN RICHMOND as Doe 1, OFFICER JOSEPH HUNT as Doe 2 and DOES 3 THROUGH 10, Inclusive,<br><br>Defendants. | Case No. 2:20-cv-08382-ODW (MAAx)<br><br>Judge: Judge Otis D. Wright, II - Courtroom 5D<br><br>**DECLARATION OF DIANE MARTINEZ IN SUPPORT OF DEFENDANTS CITY OF LOS ANGELES, OFFICER DUSTIN RICHMOND AND OFFICER JOSEPH HUNT'S MOTION FOR NEW TRIAL AND/OR MOTION TO ALTER OR AMEND THE JUDGMENT**<br><br>**[Concurrently Filed with:**<br>**1. Notice of Mtn and Mtn For New Trial and/or Mtn to Alter or Amend;**<br>**2. Index of Exhibits;**<br>**3. Notice of Lodging; and**<br>**4. [Proposed] Order]**<br><br>*<u>Hearing</u>*<br>**Date: January 8, 2024**<br>**Time: 1:30 p.m.**<br>**Courtroom: "5D"** |

I, Diane Martinez, declare:

1. I am an attorney duly licensed to practice before this Court and am a

partner with Hurrell Cantrall LLP, attorneys of record for Defendants CITY OF LOS ANGELES, OFFICER DUSTIN RICHMOND and OFFICER JOSEPH HUNT (the "Defendants") herein. The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto.

2. This Declaration is submitted in support of the Defendants' Motion for New Trial and/or Motion to Alter or Amend the Judgment ("Motion").

3. Pursuant to Local Rule 7-3, defense counsel Melinda Cantrall and I met and conferred with Plaintiff's counsel, Renee V. Masongsong, on December 1, 2023, regarding the Defendants' Motion. Plaintiff's counsel informed us that Plaintiff would oppose the Motion.

4. Attached hereto as **Exhibit A** are true and correct copies of excerpts from the October 10, 2023 Trial Transcript, pages 127-128, 143-144, 148-152 and 173-174.

5. Attached hereto as **Exhibit B** are true and correct copies of excerpts from the October 11, 2023 Trial Transcript, pages 184-185, 188, 190-192, 195-196, 219-220, 231-232, 234-237, 245-247, 305, 314-317, 319, 337-338, 349-350, 354, 360 and 363-366.

6. Attached hereto as **Exhibit C** are true and correct copies of excerpts from the October 12, 2023 Trial Transcript, pages 390, 393-394, 428, 441-449, 471 and 484-487.

7. Attached hereto as **Exhibit D** are true and correct copies of excerpts from the October 13, 2023 Trial Transcript, pages 512, 530-531, 545-546, 572-578, 595-601, 603-604 and 632.

8. A true and correct copy of the video admitted into evidence as Trial Exhibit 23, is marked as **Exhibit E** for purposes of the instant Motion, and will be lodged with the Court.

///

///

2

9. I certify Defendants' Motion for New Trial and/or Motion to Alter or Amend the Judgment contains 6,990 words.

I declare under penalty of perjury under the law of the United States of America and the laws of the State of California that the foregoing is true and correct.

Executed on December 8, 2023, at Los Angeles, California.

                                            */s/ Diane Martinez*
                                            Diane Martinez