Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Diane Martinez, State Bar No. 276499
E-Mail: dmartinez@hurrellcantrall.com
Blessing O. Ekpezu, State Bar No. 332308
E-Mail: bekpezu@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, CITY OF LOS ANGELES, OFFICER DUSTIN RICHMOND AND OFFICER JOSEPH HUNT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICOLE JUAREZ ZELAYA, Individually and as Successor-In-Interest to Decedent, JACOB JUAREZ CEDILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, OFFICER DUSTIN RICHMOND as Doe 1, OFFICER JOSEPH HUNT as Doe 2 and DOES 3 THROUGH 10, Inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-08382-ODW (MAAx)<br><br>Judge: Judge Otis D. Wright, II - Courtroom 5D<br><br>**DEFENDANTS CITY OF LOS ANGELES, OFFICER DUSTIN RICHMOND AND OFFICER JOSEPH HUNT'S INDEX OF EXHIBITS IN SUPPORT OF MOTION FOR NEW TRIAL AND/OR MOTION TO ALTER OR AMEND THE JUDGMENT**<br><br>**[Concurrently Filed with:**<br>**1. Notice of Mtn and Mtn For New Trial and/or Mtn to Alter or Amend**<br>**2. Supporting Declaration of Diane Martinez, Esq.;**<br>**3. Notice of Lodging; and**<br>**4. [Proposed] Order]**<br><br>*Hearing*<br>**Date: January 8, 2024**<br>**Time: 1:30 p.m.**<br>**Courtroom: "5D"** |

/ / /

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants CITY OF LOS ANGELES, OFFICER DUSTIN RICHMOND, and OFFICER JOSEPH HUNT ("Defendants") hereby submit their Index of Exhibits in support of their Motion for New Trial and/or Motion to Alter or Amend the Judgment.

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| **A.** | Pertinent excerpts from October 10, 2023 Trial Transcript |
| **B.** | Pertinent excerpts from October 11, 2023 Trial Transcript |
| **C.** | Pertinent excerpts from October 12, 2023 Trial Transcript |
| **D.** | Pertinent excerpts from October 13, 2023 Trial Transcript |
| **E.** | Video of subject incident, Trial Exhibit No. 23<br><br>*See* concurrently filed Notice of Lodging |

DATED: December 8, 2023          HURRELL CANTRALL LLP


By: _____*/s/ Diane Martinez*_____
THOMAS C. HURRELL
DIANE MARTINEZ
BLESSING O. EKPEZU
Attorneys for Defendants, CITY OF LOS ANGELES, OFFICER DUSTIN RICHMOND AND OFFICER JOSEPH HUNT

2