# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICOLE JUAREZ ZELAYA, Individually and as Successor-In-Interest to Decedent, JACOB JUAREZ CEDILLO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, OFFICER DUSTIN RICHMOND as Doe 1, OFFICER JOSEPH HUNT as Doe 2 and DOES 3 THROUGH 10, Inclusive,<br><br>Defendants. | Case No. 2:20-cv-08382-ODW (MAAx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CITY OF LOS ANGELES, OFFICER DUSTIN RICHMOND, AND OFFICER JOSEPH HUNT'S MOTION FOR NEW TRIAL AND/OR MOTION TO ALTER OR AMEND THE JUDGMENT**<br><br>*Hearing*<br>**Date: January 8, 2024**<br>**Time: 1:30 p.m.**<br>**Courtroom: "5D"** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Defendants CITY OF LOS ANGELES, OFFICER DUSTIN RICHMOND, and OFFICER JOSEPH HUNT's ("Defendants") Motion for New Trial and/or Motion to Alter or Amend the Judgment came on regularly for hearing on January 8, 2024, at 1:30 p.m., in Courtroom "5D" of the above-entitled Court.

After full consideration of the moving and supporting papers, the opposing papers, and the oral argument of counsel, IT IS HEREBY ORDERED that:

/ / /

1  Defendants' Motion for New Trial is granted in its entirety as to all claims
2  upon which Plaintiff prevailed at trial against all Defendants. The new trial is set for
3  _____.
4  Defendants' Motion to Alter or Amend the Judgment is granted.

6  **IT IS SO ORDERED.**

8  DATED: _____, 2023

                                                                            _____
                                                                            Honorable Otis D. Wright, II
                                                                            United States District Judge