Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Diane Martinez, State Bar No. 276499
E-Mail: dmartinez@hurrellcantrall.com
Blessing O. Ekpezu, State Bar No. 332308
E-Mail: bekpezu@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, CITY OF LOS ANGELES, OFFICER DUSTIN RICHMOND AND OFFICER JOSEPH HUNT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICOLE JUAREZ ZELAYA, Individually and as Successor-In-Interest to Decedent, JACOB JUAREZ CEDILLO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, OFFICER DUSTIN RICHMOND as Doe 1, OFFICER JOSEPH HUNT as Doe 2 and DOES 3 THROUGH 10, Inclusive,<br><br>Defendants. | Case No. 2:20-cv-08382-ODW (MAAx)<br><br>Judge:  Judge Otis D. Wright, II - Courtroom 5D<br><br>**NOTICE OF LODGING**<br><br>**[Concurrently Filed with:**<br>**1. Notice of Mtn and Mtn For New Trial and/or Mtn to Alter or Amend**<br>**2. Supporting Declaration of Diane Martinez, Esq.;**<br>**3. Index of Exhibits; and**<br>**4. [Proposed] Order]**<br><br>*Hearing*<br>**Date: January 8, 2024**<br>**Time: 1:30 p.m.**<br>**Courtroom: "5D"** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants CITY OF LOS ANGELES, OFFICER DUSTIN RICHMOND, and OFFICER JOSEPH HUNT ("Defendants") hereby lodge the following exhibit in support of their Motion for New Trial and/or

/ / /

Motion to Alter or Amend the Judgment.

1. **Exhibit "E"** – Video of Subject Incident, Trial Exhibit No. 23

DATED: December 8, 2023      HURRELL CANTRALL LLP

By: */s/ Diane Martinez*
THOMAS C. HURRELL
DIANE MARTINEZ
BLESSING O. EKPEZU
Attorneys for Defendants, CITY OF LOS ANGELES, OFFICER DUSTIN RICHMOND AND OFFICER JOSEPH HUNT

2

# EXHIBIT E

(Video of subject incident, Trial Exhibit No. 23)
*(See* concurrently filed Notice of Lodging)