Name: Melinda Cantrall, Esq. [SBN 198717]
Address: Hurrell Cantrall, LLP - 725 S. Figueroa St., Suite 3800
City, State, Zip: Los Angeles, California 90017
Phone: 213-426-2000
Fax: 213-426-2020
E-Mail: mcantrall@hurrellcantrall.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NICOLE JUAREZ ZELAYA, Individually and as Successor-In-Interest to Decedent, JACOB JUAREZ CEDILLO,

PLAINTIFF(S),

v.

CITY OF LOS ANGELES, OFFICER DUSTIN RICHMOND as Doe 1, OFFICER JOSEPH HUNT as Doe 2, ET AL.,

DEFENDANT(S).

CASE NUMBER:

2:20-cv-08382-ODW (MAAx)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that City of Los Angeles, Dustin Richmond and Joseph Hunt hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
Final Judgment

☐ Other (specify):

Imposed or Filed on  November 13, 2023 . Entered on the docket in this action on  November 13, 2023 .

A copy of said judgment or order is attached hereto.

December 12, 2023                          */s/ Melinda Cantrall*
Date                                        Signature
                                            ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| NICOLE JUAREZ ZELAYA, Individually and as Successor-In-Interest to Decedent, JACOB JUAREZ CEDILLO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; DUSTIN RICHMOND; JOSEPH HUNT,<br><br>Defendants. | Case No. 2:20-cv-08382-ODW (MAAx)<br><br>**JOINT FINAL JUDGMENT** |

The trial of this action began on October 10, 2023, in Courtroom 5D of the United States District Court, Central District of California, Honorable Otis D. Wright, II, presiding. Plaintiff Nicole Zelaya was represented at trial by attorneys Dale K. Galipo, Michael S. Carrillo, and Renee V. Masongsong. Defendants City of Los Angeles, Joseph Hunt, and Dustin Richmond were represented at trial by Thomas Hurrell and Diane Martinez.

A jury was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and thereafter returned a verdict as follows:

**QUESTION 1:** Did either of the officer defendants use excessive force or restraint against Jacobo Cedillo?

        Dustin Richmond    __X__ YES    _____ NO

        Joseph Hunt    __X__ YES    _____ NO

*If you answered YES to any Defendant(s) in Question No. 1, answer Question No. 2 only as to that Defendant(s). If you answered NO as to all Defendants, then go to Question No. 3.*

**QUESTION 2:** Was the use of excessive force or restraint against Jacobo Cedillo by the officer defendant(s) a cause of harm, injury, damage, or death to Jacobo Cedillo?

        Dustin Richmond    __X__ YES    _____ NO

        Joseph Hunt    __X__ YES    _____ NO

*Proceed to Question No. 3.*

**QUESTION 3:** Did any of the officer defendants interfere with the Plaintiff's familial relationship with her father, Jacobo Cedillo?

        Dustin Richmond        __X__ YES        _____ NO

        Joseph Hunt        __X__ YES        _____ NO

*Proceed to Question No. 4.*

**QUESTION 4:** Did the City of Los Angeles fail to properly train Officers Richmond and/or Hunt with respect to the risks of prone restraint and/or the risks of positional and/or restraint asphyxia?

        __X__ YES        _____ NO

*If you answered YES to Question No. 4, answer Question No. 5. If you answered NO, go to the Instructions for Question No. 7.*

**QUESTION 5:** Was the City of Los Angeles deliberately indifferent to the known or obvious consequence of its failure to train Officers Richmond and/or Hunt?

        __X__ YES        _____ NO

*If you answered YES to Question No. 5, answer Question No. 6. If you answered NO, go to the Instructions above Question No. 7.*

**QUESTION 6:** Was the City of Los Angeles' failure to train Officers Richmond and/or Hunt with respect to the risks of prone restraint and/or the risks of positional and/or restraint asphyxia a moving force behind the injury, damage, harm or death to Jacobo Cedillo?

    __ X __ YES    _____ NO

*Please proceed to the Instructions above Question No. 7.*

## DAMAGES

***Instructions:*** *Answer Question No. 7* ***only*** *if you answered YES to Questions Nos. 2 and/or 6.*

**QUESTION 7:** What are Jacobo Cedillo's damages for his pre-death pain and suffering and loss of life?

    Pre-death pain and suffering    $6,000,000

    Loss of life    $6,000,000

***Instructions:*** *Answer Question No. 8* ***only*** *if you answered YES to Question No. 3 or Question No. 6.*

4

**QUESTION 8:** What are Plaintiff Nicole Zelaya's wrongful death damages for the loss of her father, Jacobo Cedillo?

Nicole Zelaya's past wrongful death damages     $1,000,000

Nicole Zelaya's future wrongful death damages     $500,000

NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

    Total judgment in the sum of $13,500,000, plus costs, pursuant to Federal Rule of Civil Procedure 54(d)(1), interest calculated from the date of the entry of judgment, at the rate specified by 28 U.S.C. §1961, and reasonable statutory attorneys' fees and costs as may be awarded by the court, is entered against the City of Los Angeles, Dustin Richmond, and Joseph Hunt and in favor of Plaintiff Nicole Zelaya. Plaintiff Nicole Zelaya is the prevailing party and may apply to the court for an award of costs and reasonable statutory attorneys' fees as permitted by federal and state law.

    IT IS SO ORDERED.

Dated: November 13, 2023

_____
Honorable Otis D. Wright, II
United States District Court
Central District of California

5

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 6. Representation Statement**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

CITY OF LOS ANGELES, OFFICER DUSTIN RICHMOND and OFFICER JOSEPH HUNT

Name(s) of counsel (if any):

Melinda Cantrall, Esq.
Hurrell Cantrall LLP

Address: 725 S. Figueroa St., Suite 3800, Los Angeles, CA. 90017

Telephone number(s): 213-426-2000

Email(s): mcantrall@hurrellcantrall.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

NICOLE JUAREZ ZELAYA, Individually and as Successor-In-Interest to Decedent, JACOB JUAREZ CEDILLO

Name(s) of counsel (if any):

Dale K. Galipo, Esq.
Renee V. Masongsong, Esq.

Address: 21800 Burbank Boulevard Suite 310, Woodland Hills, CA 91367

Telephone number(s): (818) 347-3333

Email(s): dalekgalipo@yahoo.com; rvalentine@galipolaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes  ○ No

**Appellees**

Name(s) of party/parties:
NICOLE JUAREZ ZELAYA, Individually and as Successor-In-Interest to Decedent, JACOB JUAREZ CEDILLO

Name(s) of counsel (if any):
Michael S. Carillo, Esq./Luis Allen Carrillo, Esq./ Miguel Flores, Esq.
Carrillo Law Firm LLP

Address: 1499 Huntington Drive Suite 402, South Pasadena, CA.  91030

Telephone number(s): (626) 799-9375

Email(s): mc@carrillofirm.com; lac4justice@gmail.com; mf@carrillofirm.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  *New 12/01/2018*