Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: 818-347-3333
Fax: 818-347-4118

Luis A. Carrillo, Esq. (SBN 70398)
Michael S. Carrillo, Esq. (SBN 258878)
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

Attorneys for Plaintiff, Nicole Zelaya

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE JUAREZ ZELAYA, Individually and as Successor-in-Interest to Decedent JACOBO JUAREZ CEDILLO, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES; DUSTIN RICHMOND; and JOSEPH HUNT, <br><br> Defendants. | Case No. 2:20-cv-08382-ODW-MAA <br><br> *Assigned to:* <br> District Judge Otis D. Wright, II <br> Magistrate Judge Maria A. Audero <br><br> **DECLARATION OF SANTIAGO G. LAUREL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |

# DECLARATION OF SANTIAGO G. LAUREL

I, Santiago G. Laurel, hereby declare as follows:

1.  I am a litigation/legal assistant currently employed by the Law Offices of Dale K. Galipo. I work under the supervision of attorneys Dale K. Galipo and Renee V. Masongsong, each of whom are licensed to practice law in the United States District Court for the Central District of California. I make this declaration in support of Plaintiff's Motion for Attorneys' Fees. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

2.  I have been in the legal field for approximately 16 years, with experience In both state and federal court, working as a legal assistant and litigation assistant, for multiple law firms. Preceding my employment at The Law Offices of Dale K. Galipo, I was employed for five years as the Senior Litigation Assistant at Shimmel and Parks, APLC, where I was responsible for providing high-level support to three trial attorneys, from inception of cases up to trial preparation in complex cases. My responsibilities included assemble, prepare, and finalize all pleadings for physical court filing and/or E-filing, state, federal, and appellate court. Prepare all types of discovery requests, responses to discovery, deposition notices, state and federal subpoenas, court notices, case management statements, federal reports, witness lists, exhibit lists and jury instructions. Maintain office calendar with state, local, and administrative deadlines.

3.  In September 2021, I joined the Law Offices of Dale K. Galipo, where I currently work as a litigation secretary. During the past two years, I have been one of three litigation assistants assigned to Mr. Galipo and eight of his associate attorneys, including Ms. Masongsong, Ms. Leap, Mr. Levine, Mr. Valenzuela, Mr. Sincich, Ms. Le, and Mr. Mayne. Under the supervision of Mr. Galipo and Ms. Masongsong, I have worked on approximately 50 cases from pre-litigation to trial. I

am currently assigned to support Mr. Galipo's associates with their day-to-day tasks in approximately 50 cases.

4.  My daily responsibilities at the Law Offices of Dale K. Galipo include: evaluating prospective cases, including by speaking with prospective clients directly and gathering the information and documents necessary to make an informed determination regarding each case; drafting the templates for various documents at all stages of litigation; calendaring the dates set forth in the case management or scheduling orders of each case I am assigned to, including by calculating dates pursuant to the controlling local rules when no date has been explicitly set forth; reviewing documents produced during discovery to advise the attorneys of what was received, as well as creating lists of involved persons and their roles during the incident at issue; working with the clients to coordinate discovery and gathering documentation from them; interpret for Spanish-speaking clients; coordinating with defense counsel and third parties for the scheduling of depositions, meet and confers, managing deadlines and miscellaneous case issues; reviewing produced discovery and identifying potential witnesses; drafting and serving subpoenas for depositions and the production of documents; filing pleadings with both state and federal courts; reviewing all local rules and requirements for cases in different districts and states to ensure we are in compliance; maintaining up-to-date litigation costs and expense worksheets for each case I am assigned to; preparing counsel for hearings and trial by preparing binders and boxes with all relevant documents, tabbed and indexed.

5.  As of this date I have spent 74.25 hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action.

6.  Since April 1, 2022 to the present date, I have supported Mr. Galipo and Ms. Masongsong in the discovery, scheduling, calendaring, and trial and preparation of this case. As reflected in detail on my timesheet attached hereto as "Exhibit 1".

7.      Currently paralegal fees are awarded at a rate of between $150-$325 per hour and I am respectfully requesting an hourly fee of $220 based on my years of experience and that I have not increased my billing rate in almost two years. I currently have an hourly fee of $200 which was previously granted in that matter entitled *Paola French, et al. v. City of Los Angeles, et al*., Case 5:20-cv-00416-JGB-SP, Docket 165.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this was executed this 6th day of December, 2023 at Woodland Hills, California

_____*/s/ Santiago G. Laurel*_____
Santiago G. Laurel

DECLARATION OF SANTIAGO G. LAUREL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

# EXHIBIT 1

**Santiago Laurel**          *Zelaya v. City of Los Angeles, et al.* **Case**
**Timekeeping Record**          **No. 2:20-cv-08382-ODW-MAA**

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 04/01/22 | Draft email to co-counsel requesting documents to review and request copy of entire file. Review the email from co counsel's office. Opened new file and downloaded deposition notices. | 0.50 |
| 04/04/22 | Downloaded deposition notices. Calendared depositions for defendants Richmond and Hunt. | 0.50 |
| 04/04/22 | Calendared Court ordered deadlines. Updated Mr. Galipo's Calendar with dates. | 0.50 |
| 04/04/22 | Reviewed fee split agreement, printed out for Mr. Galipo's review. Saved signed copy and emailed back to co-counsel. | 0.50 |
| 04/04/22 | Contacted Huseby court reporting agency and scheduled a reporter for the depositions of Richmond and Hunt. | 0.50 |
| 04/04/22 | Downloaded contents from Dropbox and saved videos, operative complaint, and other materials for Mr. Galipo to prepare for the depositions. Pulled various videos and played them for Mr. Galipo. Printed documents for Mr. Galipo to review. | 1.50 |
| 04/04/22 | Prepared Mr. Galipo's notice of association of counsel for filing, and filed. Downloaded ECF stamped copy saved to file. | 0.50 |
| 04/04/22 | Received link from Huseby court reporter and prepared email to attorneys and provided them with remote deposition link. | 0.25 |
| 04/04/22 | Contacted co-counsel and confirmed availability for conference call.  Confirmed availability, drafted email with conference information and dial-in instructions. | 0.50 |
| 04/04/22 | Reviewed hours of BWC footage. Prepared table identifying each officer with photos, name. Created a timeline and description of actions during encounter. Prepared second timeline with reference points to videos.  (Work O/T from office and home) | 8.00 |
| 04/04/22 | Marked BWC as Exhibits 1-5 for the depositions of Richmond and Hunt. | 0.50 |
| 04/05/22 | Connected Mr. Galipo to conference call with co-counsel. Joined conference call with co-counsel. | 0.75 |
| 04/05/22 | Sit-in during depositions of Hunt and Richmond and play videos per Mr. Galipo's instructions. | 6.00 |

1

Santiago Laurel
Timekeeping Record

*Zelaya v. City of Los Angeles, et al.* Case
No. 2:20-cv-08382-ODW-MAA

| | | |
|---|---|---|
| 04/06/22 | Created Dropbox and uploaded the deposition Exhibits (videos) for the depositions of Hunt and Richmond. Drafted email and sent to the court reporter. | 0.75 |
| 04/29/22 | Received Dustin Richmond's deposition transcript. Downloaded to our server and crated Dropbox link and provided copy to co-counsel. | 0.25 |
| 05/02/22 | Received Subpoena's from defense counsel. Downloaded, calculated, and calendared relevant deadlines. | 0.75 |
| 05/04/22 | Received Joseph Hunt's deposition transcript. Downloaded to our server and crated Dropbox link and provided copy to co-counsel. | 0.25 |
| 05/04/22 | Submit check request to accounting department for payment of Hunt's deposition. Saved invoice to costs. | 0.10 |
| 05/18/22 | Downloaded entire file from Dropbox and saved all previous pleadings, discovery, and videos. Created multiple files and updated with our offices naming conventions. | 3.50 |
| 05/23/22 | Updated master trial list with trial date of 10/18/22. Emailed and printed copy for Mr. Galipo. | 0.25 |
| 05/23/22 | Review autopsy photos and additional videos. | 1.00 |
| 05/23/22 | Updated calendar based on new expert cut-off dates. Drafted email to attorney Flores re Expert cut-off dates. | 0.50 |
| 05/31/22 | Received Defendant's notice of Nicole Zelaya's deposition. | 0.50 |
| 06/01/22 | Scheduled, and coordinate conference call with co-counsel. Calendar meeting and update calendar with zoom link. | 0.10 |
| 06/02/22 | Prepared and connected Mr. Galipo to his meeting with Carrillo firm. Sit in attorney conference call meeting. | 1.00 |
| 06/02/22 | Prepared memo with case notes for attorney Masongsong. | 0.50 |
| 06/07/22 | Called Jeff Nobel discussed case and dates. | 0.50 |
| 06/07/22 | Contacted expert Bennet Omalu, discussed case and dates. Gathered and provided him with relevant documents. | 0.50 |
| 06/07/22 | Went through file and pulled videos, reports, photos, deposition transcripts, medical records, autopsy, and | 4.00 |

**Santiago Laurel**
**Timekeeping Record**

*Zelaya v. City of Los Angeles, et al.* Case No. 2:20-cv-08382-ODW-MAA

|  |  |  |
|---|---|---|
|  | pleadings. Started saving files to flash drive then started to draft letter to Dr. Omalu. Printed out list letter and provided to Mr. Galipo to review along with the materials being provided to Dr. Omalu. Played videos for Mr. Galipo. |  |
| 06/07/22 | Draft email to co-counsel regarding Noble. | 0.10 |
| 06/08/22 | Reviewed the contents of the Dropbox created by co-counsel and provided list of contents in Noble's packet to Mr. Galipo. | 0.75 |
| 06/09/22 | Review email from co-counsel regarding expert packet. Updated packet to include EMT reports and interviews of Brian Tell and Javier Rivera. Draft email to co-counsel confirming changes. | 0.50 |
| 06/13/22 | Draft one page synopsis of case and provided to for Dr. Omalu. | 1.00 |
| 06/13/22 | Made changes and finalized letter to Dr. Omalu and emailed to co-counsel. Submitted check for Dr. Omalu's retainer fee and processed check and added to costs. | 0.75 |
| 06/13/22 | Printed final letter to Dr. Omalu. Created FedEx label and sent letter along with retainer check and flash drive. Took FedEx envelope to FedEx for overnight delivery. | 1.00 |
| 06/14/22 | Coordinate with co-counsel possible mediation dates, based on mediator's availability. | 0.25 |
| 06/20/22 | Received link for the deposition of Martina Kennedy. Updated the calendar with zoom link. | 0.25 |
| 06/21/22 | Met with Mr. Galipo and provided him documents and notes for his deposition. Set up Mr. Galipo for his deposition. | 0.50 |
| 06/23/22 | Review email and Meet and Confer letter from co-counsel. Emailed letter to attorney Masongsong for her review and approval. | 0.50 |
| 07/27/22 | Received, expert reports. Reviewed, saved to expert file, and printed a copy for Mr. Galipo's review. | 1.00 |
| 09/06/22 | Gather and print deposition / interview testimony transcripts. Original and two copies of each. Print place holder to identify transcripts. | 5.50 |
| 09/12/22 | Meeting with attorney Masongsong re trial documents. Followed by reviewing an email from attorney | 1.00 |

**Santiago Laurel**
**Timekeeping Record**

*Zelaya v. City of Los Angeles, et al.* **Case No. 2:20-cv-08382-ODW-MAA**

| | Masongsong with instructions re MIL and Trial documents. | |
|---|---|---|
| 09/12/22 | Assist with preparation of pretrial documents. | 2.00 |
| 09/12/22 | File MIL 1-3. Downloaded ECF copies and emailed and mailed chambers copies. Dropped off Chambers copies at FedEx. | 1.50 |
| 09/13/22 | I printed the documents, assembled the pretrial binder for Mr. Galipo, and prepared the table of contents with tabs. | 2.25 |
| 09/13/22 | Assist with preparation of potential trial exhibits | 2.00 |
| 09/15/22 | Started pulling binders and tabs to assembler exhibit binders. Printed the exhibits and prepared binders with tabs. | 3.00 |
| 01/30/23 | Convert to PDF the final version of the proposed jury instructions and file it with the Court. Download and save to the server. Printed copy created a FedEx label, and took it to FedEx to deliver a chamber's copy. Printed out copy for Mr. Galipo's trial binder. | 0.50 |
| 07/24/23 | Convert to PDF the final version of the Proposed Pretrial Conference Order and witness list and file it with the Court. Download and save to the server. Printed copy created a FedEx label, and took it to FedEx to deliver a chamber's copy. Printed out copy for Mr. Galipo's trial binder. | 1.00 |
| 08/21/23 | Convert to PDF the final version of the Supplement and file it with the Court. Download and save to the server. Printed copy created a FedEx label, and took it to FedEx to deliver a chamber's copy. Printed out copy for Mr. Galipo's trial binder. | 0.50 |
| 10/04/23 | Reviewed email from attorney Masongsong regarding subpoenas. Did online search for updated information for doctors Abe Bolatito and Vahan Koshkaryan. Called locations to confirm address. Drafted subpoenas and submitted check request for witness fees. Submitted to be served same day service of process for both doctors. | 2.50 |
| 10/06/23 | Reviewed email from attorney Masongsong to billing department regarding Omalu's invoice. Prepared FedEx shipment for overnight mailing. Took FedEx package to FedEx. | 0.75 |

**Santiago Laurel**
**Timekeeping Record**

*Zelaya v. City of Los Angeles, et al.* **Case No. 2:20-cv-08382-ODW-MAA**

| 10/09/23 | Printed out all MIL for Mr. Galipo's trial documents. | 0.75 |
|---|---|---|
| 10/09/23 | Convert to PDF the final version of the joint amended witness list and file it with the Court. Download and save to the server. Printed copy created a FedEx label, and took it to FedEx to deliver a chamber's copy. Printed out copy for Mr. Galipo's trial binder. | 0.75 |
| 10/09/23 | Review email from attorney Masongsong regarding original depositions transcripts. Pulled hard file from drawer and took inventory of original transcripts for lodging. Drafted email regarding original and missing transcripts. Printed out missing transcripts to replenish from previously prepared box. | 3.00 |
| 10/09/23 | Per attorney Masongsong' s instructions, did an online search for hotels near the courthouse for expert Omalu. I emailed the information to Mr. Galipo for approval. | 0.50 |
| 10/09/23 | Called Doubletree by Hilton's reservation line, made reservation for Dr. Omalu. Was then transferred to the hotel property, where they requested an email to send a special to allow Omalu to check in. I forwarded the information to attorney Masongsong to provide Dr. Omalu with his hotel reservation. | 1.00 |
| 10/10/23 | Received call from witness Rivera who asked what date he would need to come in. Coordinated dates and drafted email to attorney Masongsong. | 0.75 |
| 10/11/23 | Per Mr. Galipo was asked to contact Doubletree by Hilton to confirm Dr. Omalu's reservation. Was not able to reach anyone at the hotel for over two hours. Contacted corporate number however they were also unable to reach hotel property. Called our office administrator and Mr. Galipo and explained the issue. Booked a second hotel as we were not able to reach the Doubletree by Hilton. | 3.00 |
| 10/12/23 | Called Doubletree by Hilton and confirmed Dr. Omalu was able to check in and was informed that their phone lines were down on 10/11. Received email with final receipt. Saved receipt to the costs file. | 0.25 |
| 10/16/23 | Received bills from attorney service. Submitted invoices to billing department for process of payments. Saved invoices to costs file. | 0.20 |

**Santiago Laurel**                    ***Zelaya v. City of Los Angeles, et al.* Case**
**Timekeeping Record**                 **No. 2:20-cv-08382-ODW-MAA**

| | **TOTAL HOURS** | 74.25 |
|---|---|---|