LUIS A. CARRILLO, Esq. SBN 70398
MICHAEL S. CARRILLO, Esq. SBN 258878
J. MIGUEL FLORES, Esq., SBN 240535
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **NICOLE JUAREZ ZELAYA**, Individually and as Successor-in-Interest to Decedent JACOBO JUAREZ CEDILLO;<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; DUSTIN RICHMOND; JOSEPH HUNT,<br><br>Defendants. | **CASE NO.: CV20-08382-ODW (MAAx)**<br>*Hon. Otis D. Wright, Crtm. 5D 5th Flr.*<br>*Hon. Mag. Maria A. Audero, Crtm. 690, 6th Flr.*<br><br>**DECLARATION OF J. MIGUEL FLORES IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |

# DECLARATION OF J. MIGUEL FLORES

I, J. Miguel Flores, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central and Eastern Districts of California. I make this declaration in support of Plaintiff's Motion for Attorneys' Fees. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. As of this date, I have spent 26.9 hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action.

3. I have maintained time records reflecting the work activity and time spent on this case. I have exercised billing judgment, and I have reduced or written off unproductive time or other time that would not ordinarily be charged to a fee-paying client. I personally performed the work attributed to me in this billing statement and can personally attest that the hours I spent on this case have been reasonably expended in pursuit of litigation. A copy of my time records for this case is attached hereto as "Exhibit 1."

4. In May 1998, I received a Bachelor of Arts in History from Yale University. In May 2004, I received a Juris Doctorate degree from Boston College Law School. During the summer of my second year of law school I did an internship at the Los Angeles City Attorney's Office in the land use and planning division. Upon graduating from law school I attended the University of Maryland global studies program after being a finalist in a writing competition. The paper was subsequently published, *Globalization and Urban Opportunities In The Immigrant Cityscape*, 17 Fla. J. Int'l L 719 (2005).

5. I was admitted to the California Bar in December 2005. I am admitted to practice in the United States District Court for the Eastern District of California and the United States District Court for the Central District of California.

6. From 2005 to April 2010, I worked as an Associate for The Silverstein Law Firm in Pasadena, California. There, I worked in matters involving administrative law, land use, eminent domain, public records, and government transparency. I was part of the firm's efforts to preserve several Los Angeles historical landmarks including Bernard's Luggage building in Hollywood, Florentine Gardens also in Hollywood and The Vladeck Center in Boyle Heights. See *Shop Won't Have to Pack Its Bags*, Los Angeles Times, Sept. 28, 2006; *L.A. Fire Station Plan Would Spare Razing Florentine Gardens Building*, Aug. 4, 2005; *A landmark effort to save forgotten historic sites*, Los Angeles Times, April 2, 2007.

7. From May 2010 to March 2020, I worked for the Rodriguez & Associates law firm in Bakersfield, California, first as an Associate and then as non-equity Partner. I worked catastrophic personal injury matters, including industrial accidents, commercial vehicle accidents, and premises liability. I also worked on 1983 cases involving the excessive use of force, school bullying and occasional business disputes, eminent domain and inverse condemnation matters. I was responsible for bringing cases to fruition from conducting initial intakes to preparation for trial. As a result of my efforts, I was able to secure over 40 million dollars in settlements through my tenure at the firm.

8. In October 2020, I joined Carrillo Law Firm, where I currently work as a senior attorney. The Carrillo Law Firm is considered to be one of the top civil rights firms in the state. During the past three years at the Carrillo Law Firm I have worked on civil rights cases, government tort cases, and wrongful death cases involving commercial vehicles. In May 2023, The Carrillo Law firm secured a $24 million dollar settlement against the State of California in an excessive use of force case involving members of the California Highway Patrol. The plaintiffs alleged that the CHP officers used excessive force that caused the death of Edward Bronstein through positional asphyxia. The settlement is the second largest civil rights settlement in the country. I was the primary attorney working on the matter, including conducting written discovery, and

depositions, as well as working on oppositions to motions to dismiss and other motion practice.

9. My responsibilities at The Carrillo Law Firm include: client communication; drafting California Tort Claims Act claims; drafting complaints; drafting any oppositions to motions to dismiss or demurrers to complaints; drafting discovery; handling discovery disputes, including drafting motions to compel and oppositions; reviewing materials produced during discovery; case evaluation; court appearances; conducting depositions of defendants and percipient witnesses; and trial preparation.

10. In this case, I worked extensively to prepare this case for trial along with the others on the team. Some of the work that I did included taking and defending the depositions of the individuals involved and the experts along with assisting in the motions in limine and trial documents for this case.

11. A reasonable fee for my professional services during the time that I worked on this matter is $700.00 per hour. As a result of my experience, I believe this rate is in line with the hourly rates charged by attorneys of equivalent experience, skill, reputation, and expertise for comparable work. The total for my time spent for this matter is $18,830.00 ($700.00 rate x 26.9 hours).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14th day of December in South Pasadena, California.

                                            */s/    J. Miguel Flores*
                                                J. Miguel Flores

# Exhibit 1

Time for J. Miguel Flores in NICOLE JUAREZ ZELAYA v. CITY OF LOS ANGELES et al., CASE NO.: CV20-08382-ODW (MAAx)

| Date | Description | Time |
|---|---|---|
| 4/5/21 | Review Initial Disclosure by Defendant City of L.A. | 1.00 |
| 10/4/21 | Review body warn camera footage | 0.70 |
| 4/4/22 | Case analysis, discovery plan re depositions. | 0.40 |
| 8/8/22 | Review surveillance videos for purposes of sequencing | 1.30 |
| 8/12/22 | Analysis of MIL re prior bad acts | 0.10 |
| 8/15/22 | Review and revise MILs | 0.10 |
| 8/16/22 | Review and revise MILs | 0.10 |
| 6/3/22 | Draft PMQ Deposition Notice re use of force and positional asphyxia | 0.60 |
| 6/11/22 | Review deposition process with Plaintiff Nicole Zelaya. | 1.00 |
| 6/13/22 | Defend deposition of Plaintiff Nicole Zelaya. | 1.50 |
| 6/21/22 | Deposition of Dr. Martina Kennedy | 2.40 |
| 6/30/22 | Take the FRCP 30(B)(6) deposition of PMQ re Officer Training LAPD Officer Justin Wade | 2.00 |
| 7/22/22 | Analysis of demonstrative animation with Lyons. | 1.00 |
| 7/27/22 | Prepare and revise demonstrative exhibit re positional asphyxia | 1.00 |
| 7/28/22 | Review report by use of force expert Jeff Noble | 0.80 |
| 7/29/22 | Prepare mediation brief for August 1, 2022 mediation. | 3.40 |
| 8/1/22 | Attend mediation of Richard Copeland | 1.00 |
| 9/8/22 | Defend deposition of Plaintiff's expert Daniel Wohlgelernter, M.D. | 2.80 |
| 9/12/22 | Review trial documents | 0.10 |
| 9/14/22 | Review of deposition process and opinions Samir Lyons | 0.40 |
| 9/15/22 | Defend deposition of Plaintiff's expert Samir Lyons | 2.30 |
| 9/27/22 | Deposition of Dr. Richard Clark | 1.50 |
| 1/30/23 | Review trial documents. | 0.40 |
| 2/13/23 | Defend deposition of Plaintiff's expert Jeffrey Noble | 1.00 |
| | **Total** | **26.9** |