# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE JUAREZ ZELAYA, Individually and as Successor-in-Interest to Decedent JACOBO JUAREZ CEDILLO;<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; DUSTIN RICHMOND; JOSEPH HUNT,<br><br>Defendants. | Case No.: 2:20-cv-08382-ODW-MAA<br><br>*Assigned to:*<br>Hon. Otis D. Wright, II<br>Hon. Mag. Maria A. Audero<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed Plaintiff's Motion for Attorney's Fees, it is hereby ordered that attorneys' fees shall be awarded as follows:

| Attorney/Biller | Yrs. Practice | Rate | Hours | Total |
|---|---|---|---|---|
| Dale K. Galipo | 34 | $1,300 | 358 | $465,400 |
| Miguel Flores | 18 | $700 | 26.9 | $18,830 |
| John Fattahi | 17 | $920 | 3.8 | $3,496 |
| Michael Carrillo | 15 | $700 | 128.5 | $89,950 |
| Renee V. Masongsong | 12 | $700 | 211.3 | $147,910 |
| Benjamin Levine | 2 | $400 | 6.5 | $2,600 |
| Santiago Laurel | Leg. Assist. | $220 | 74.25 | $16,335 |
| **Subtotal**: | | | | **$744,521** |

**IT IS SO ORDERED.**

DATED: _____    _____

Hon. Otis D. Wright, II

United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
[PROPOSED] ORDER