# EXHIBIT 24

FILED
Superior Court of California
County of Los Angeles

DEC 10 2021

Sherri R. Carter, Executive Officer/Clerk
BY: R. INOSTROZA, DEPUTY

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
# FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| ALBERT GARCIA and STEPHANIE GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>SELTZER-DOREN MANAGEMENT COMPANY, INC. dba SIERRA MANAGEMENT, GRESHAM APARTMENTS INVESTORS, and SELTZER-DOREN COMPANY & AFFILIATES,<br><br>Defendants. | Case No.: BC 699 421<br>*(Consolidated with Case No. BC 699 422)*<br><br>**The Honorable Richard L. Fruin**<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES<br><br><br>Hearing Date:  December 7, 2021<br>Trial:  August 2, 2021<br>Action Filed:  March 26. 2018 |

[~~PROPOSED~~] ORDER

1  Plaintiff Albert Garcia and Stephanie Garcias' motion for attorney fees pursuant to
2  Government Code section 12965(b) came on for hearing on December 7, 2021.
3  Having read and considered plaintiffs' motion and defendants' opposition, and
4  having heard oral arguments of counsel, and good cause appearing,
5  IT IS ORDERED that plaintiffs' motion is GRANTED.
6  Defendants are ordered to pay $1,389,447.35 ~~$1,263,133.95~~ in attorney fees, as stated in the
7  Court's tentative ruling, attached hereto as Exhibit 1.

10  IT IS SO ORDERED

12  Dated: December 10, 2021

By: /s/ Richard L. Fruin
The Honorable Richard L. Fruin