# EXHIBIT 29

| | |
|---|---|
| 1 | James P. Fogelman, SBN 161584 |
| | Shannon E. Mader, SBN 235271 |
| 2 | Katarzyna Ryzewska, SBN 300386 |
| | GIBSON, DUNN & CRUTCHER LLP |
| 3 | 333 South Grand Avenue |
| | Los Angeles, California 90071-3197 |
| 4 | Telephone: (213) 229-7000 |
| | Facsimile: (213) 229-7520 |
| 5 | JFogelman@gibsondunn.com |
| | SMader@gibsondunn.com |
| 6 | KRyzewska@gibsondunn.com |
| 7 | Attorneys for Defendant |
| | USC Keck School of Medicine |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DR. JEFFREY ISAACS, | | CASE NO. 2:19-CV-08000-DSF-RAO |
| | Plaintiff, | **DECLARATION OF JAMES P. FOGELMAN IN SUPPORT OF DEFENDANT USC KECK SCHOOL OF MEDICINE'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| v. | | |
| USC KECK SCHOOL OF MEDICINE, GIESEL SCHOOL OF MEDICINE AT DARTMOUTH, DARTMOUTH HITCHCOCK MEDICAL CENTER, NH BOARD OF MEDICINE, GIBSON, DUNN & CRUTCHER, LLP and JOHN or JANE DOE, | | [Defendant's Notice of Motion and Motion for Attorneys' Fees and Cots, Declarations of Shannon Mader and Katarzyna Ryzewska, and Proposed Order Filed Concurrently herewith] |
| | Defendants. | **Hearing** |
| | | Date:     March 30, 2020 |
| | | Time:     1:30 PM |
| | | Location: Courtroom 7D |
| | | Judge:    Hon. Dale S. Fischer |

Gibson, Dunn &
Crutcher LLP

DECLARATION OF JAMES P. FOGELMAN IN SUPPORT OF DEFENDANT USC KECK SCHOOL OF
MEDICINE'S MOTION FOR ATTORNEYS' FEES AND COSTS

# DECLARATION OF JAMES P. FOGELMAN

I, James P. Fogelman, declare:

1.   I am an attorney duly licensed to practice before this Court.  I am partner with the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), and I am one of the attorneys of record for USC Keck School of Medicine ("USC") in this action.  I am submitting this declaration in support of USC's Motion Attorneys' Fees and Costs.  I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify hereto.

2.   I graduated from the Wharton School of Economics at the University of Pennsylvania in 1989 and from the UCLA School of Law in 1992.  I was admitted to practice in the state and federal courts in California in 1992. I am also admitted to practice law in Nevada, Washington, D.C., and New York.  I have been an attorney with Gibson Dunn since 1992, and have been a partner with the firm since 2002.  I am also Co-Chair of Gibson Dunn's Law Firm Defense Practice Group.  Over my quarter-century of practice, I have developed expertise in representing clients in sports litigation, fantasy sports litigation, gaming and casino litigation, entertainment litigation, real estate litigation, and law firm defense litigation. My 2019 standard hourly billing rate was $1,265/hour. My 2020 standard hourly billing rate is $1,350/hour.

3.   Gibson Dunn is an international law firm with over 1,200 attorneys in 20 offices worldwide.  The firm was named Litigation Department of the Year by The American Lawyer in 2010, 2012, 2016, and 2019.

4.   I reviewed all of Gibson Dunn bills related to this matter.  In recording their time, attorneys at Gibson Dunn are required to specify the client and matter number, the nature of the work performed, and the amount of time expended on that task, and the bills reflect this information.  I am, therefore, familiar with the work performed and the amounts charged.  A chart detailing contemporaneous time entries is attached hereto as **Exhibit A**.  Exhibit A includes descriptions of the work performed by the attorneys. It also reflects their regular billing rates.

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF JAMES P. FOGELMAN IN SUPPORT OF DEFENDANT USC KECK SCHOOL OF MEDICINE'S MOTION FOR ATTORNEYS' FEES AND COSTS

5. The work that Gibson Dunn attorneys have performed in connection with this matter has included, but is not limited to: reviewing Plaintiff's voluminous filings; researching and analyzing Plaintiff's claims; researching and reviewing Plaintiff's litigation history; researching and drafting three motions to dismiss and an anti-SLAPP motion; researching and drafting oppositions to Plaintiff's preliminary injunction motions, motion for leave to amend, and motion for reconsideration; and meeting and conferring with Plaintiff and his attorneys.

6. I personally have spent over 8.3 hours in connection with the matter. Shannon Mader spent over 48 hours on the matter, and Katarzyna Ryzewska spent over 167 hours on the matter. The total number of hours spent by all attorneys was 223.3. All told, USC incurred well over $182,925.97 in attorneys' fees to date, with approximately $142.384.95 incurred in the Prior Action and $40,541.02 in the present action, with approximately $5,092.64 attributable to the anti-SLAPP Motion to Strike (entries highlighted in blue in Exhibit A). Additionally USC incurred $1,009.32 in costs, with $371.34 in costs from the Prior Action ($168.80 of which is recoverable under L.R. 54-3.10 – entries highlighted in green in Exhibit A), and $637.98 from the present action ($104.53 of which is recoverable under L.R. 54-3.10 – entries highlighted in green in Exhibit A). USC is seeking a total of $182,925.97 in attorneys' fees plus $1,009.32 in costs by way of this Motion. This total represents the total amount charged to the client, but not the significant amount of time and resources expended by Gibson Dunn in defending themselves in the present action. Based on my experience, I believe these fees were reasonably and necessarily incurred.

7. Based on my experience, including bringing and defending against various motions to dismiss, anti-SLAPP motions, and motions for preliminary injunctions, I believe that the attorneys' fees incurred by USC in this matter were both necessary and reasonable, particularly given the successful outcome of USC's Motion to Dismiss and anti-SLAPP Motion. I also believe that USC staffed and litigated this case in a reasonable, efficient, and appropriate manner. The work has been performed primarily

Gibson, Dunn & Crutcher LLP

2

DECLARATION OF JAMES P. FOGELMAN IN SUPPORT OF DEFENDANT USC KECK SCHOOL OF MEDICINE'S MOTION FOR ATTORNEYS' FEES AND COSTS

1 by three attorneys, one partner, one of counsel, and one associate, with the associate
2 performing the largest share of the work for efficiency purposes.

3     8.    This amount does not reflect the significant amount of time and resources
4 expended by Gibson Dunn, USC's counsel of record, in defending themselves in the
5 present action.

6     9.    It is my belief that the fees charged by Gibson Dunn are reasonable. I have
7 attached hereto as **Exhibit B** a true and correct copy of the Public Rates report, published
8 by Thomson Reuters, showing the prevailing rates for California attorneys. The Public
9 Rates report shows that the rates charged by Gibson Dunn are within the range of rates
10 charged generally by similar firms engaged in similar work. For instance, the rates
11 charged by Pachulski Stang Ziehl Young Jones & Weintraub in the 2019 *Sedgwick LLP*
12 matter in the Northern District are roughly equivalent to the rates charged by Gibson
13 Dunn here. Moreover, the hourly rates charged by Gibson Dunn for this matter are lower
14 than the rates charged by the firm generally. The fact that thousands of sophisticated
15 clients are willing to, and do, pay these rates on an ongoing basis is, in itself, evidence
16 that the rates reflect the reasonable value of the services rendered by Gibson Dunn.

17     I declare under penalty of perjury and under the laws of the United States of
18 America that the foregoing is true and correct. I have executed this declaration in Los
19 Angeles, California on February 18, 2020.

By: *[signature]*
James P. Fogelman

Gibson, Dunn & Crutcher LLP

3

DECLARATION OF JAMES P. FOGELMAN IN SUPPORT OF DEFENDANT USC KECK SCHOOL OF MEDICINE'S MOTION FOR ATTORNEYS' FEES AND COSTS

*Isaacs v. Dartmouth Hitchcock Medical Center, et al.*
USC Attorneys' Fees Summary

| Date | Timekeeper | Tobill Amt | ToBill Hrs | Narrative |
|---|---|---|---|---|
| 6/5/2019 | Fogelman, James P. | $379.50 | 0.3 | Review complaint (.2) ; discuss with client (.1). |
| 6/6/2019 | Mader, Shannon E. | $4,026.00 | 4.4 | Draft outline of potential motion to dismiss arguments. |
| 6/6/2019 | Fogelman, James P. | $253.00 | 0.2 | Emails with client, plaintiff, team re service (.1); emails with team re potential motion to dismiss. |
| 6/7/2019 | Fogelman, James P. | $379.50 | 0.3 | Telephone conferences with client, team re strategy. |
| 6/10/2019 | Mader, Shannon E. | $915.00 | 1 | Confer with J. Fogelman and K. Ryzewska regarding case background and strategy. |
| 6/10/2019 | Fogelman, James P. | $253.00 | 0.2 | Strategize re motion to dismiss with team. |
| 6/17/2019 | Mader, Shannon E. | $457.50 | 0.5 | Meet and confer with plaintiff regarding motion to dismiss. |
| 6/17/2019 | Ryzewska, Katarzyna | $1,059.50 | 1.3 | Prepare for and hold meet and confer with Isaacs (1.1); draft update for J. Fogelman (.2). |
| 6/20/2019 | Ryzewska, Katarzyna | $5,297.50 | 6.5 | Draft motion to dismiss and related filings. |
| 6/21/2019 | Mader, Shannon E. | $3,202.50 | 3.5 | Revise motion to dismiss. |
| 6/21/2019 | Ryzewska, Katarzyna | $2,200.50 | 2.7 | Draft motion to dismiss and related filings. |
| 6/23/2019 | Ryzewska, Katarzyna | $2,037.50 | 2.5 | Finalize motion to dismiss. |
| 6/24/2019 | Mader, Shannon E. | $1,555.50 | 1.7 | Revise motion to dismiss. |
| 6/24/2019 | Ryzewska, Katarzyna | $2,608.00 | 3.2 | Draft motion to dismiss and related filings. |
| 6/24/2019 | Fogelman, James P. | $379.50 | 0.3 | Review draft motion to dismiss (.2); emails with team re same (.1). |
| 6/25/2019 | Ryzewska, Katarzyna | $326.00 | 0.4 | Review motion to dismiss and send to client. |
| 6/25/2019 | Fogelman, James P. | $379.50 | 0.3 | Telephone conference with team re revisions to draft motion to dismiss. |
| 6/26/2019 | Ryzewska, Katarzyna | $3,178.50 | 3.9 | Finalize and file motion to dismiss. |
| 6/26/2019 | Mader, Shannon E. | $366.00 | 0.4 | Review declaration and request for judicial notice. |
| 7/12/2019 | Ryzewska, Katarzyna | $407.50 | 0.5 | Review Dartmouth Motion to Dismiss. |
| 7/19/2019 | Fogelman, James P. | $126.50 | 0.1 | Emails with team re amended complaint, motion to dismiss. |
| 7/19/2019 | Ryzewska, Katarzyna | $1,059.50 | 1.3 | Modify deadlines based on amended complaint (.3); review amended complaint (1). |
| 7/22/2019 | Mader, Shannon E. | $274.50 | 0.3 | Emails with K. Ryzewska regarding motion to dismiss; confer with K. Ryzewska regarding motion to dismiss (.1). |
| 7/23/2019 | Ryzewska, Katarzyna | $5,705.00 | 7 | Draft second motion to dismiss. |
| 7/24/2019 | Mader, Shannon E. | $91.50 | 0.1 | Revise meet and confer email to plaintiffs. |
| 7/24/2019 | Ryzewska, Katarzyna | $3,178.50 | 3.9 | Draft second motion to dismiss. |
| 7/25/2019 | Mader, Shannon E. | $1,098.00 | 1.2 | Confer with K. Ryzewska regarding meet and confer with Plaintiff (.5); meet and confer with Plaintiff regarding motion to dismiss(.5); emails with K. Ryzewska regarding motion to dismiss. |
| 7/25/2019 | Ryzewska, Katarzyna | $5,949.50 | 7.3 | Meet and confer with Isaacs (.5); draft second motion to dismiss (6.8). |