# EXHIBIT 1



**Huseby.com**

Corporate Headquarters
1230 West Morehead St, Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Blvd
Ste 310
Woodland Hills, CA 91367-6479

# INVOICE
1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 727309 | 4/28/2022 | 392693 |
| Job Date | Case No. | |
| 4/5/2022 | 2:20-cv-8382-ODW-MAA | |
| Case Name | | |
| Nicole Juarez Zelaya vs. City of Los Angeles et. al. | | |
| Payment Terms | | |
| Due upon receipt, after 30 days 1.5% fee | | |

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Dustin Richmond | 101.00 | Pages @ | 4.450 | 449.45 |
| Exhibit | 5.00 | Pages @ | 0.150 | 25.00 |
| Print/Bind/Package/Shipping | 1.00 | @ | 25.000 | 25.00 |
| Scheduling Surcharge (less than 24 hours) | 1.00 | @ | 300.000 | 300.00 |
| Appearance | 1.00 | @ | 0.000 | 0.00 |

**TOTAL DUE >>>  $799.45**

Location of Job : Web Conference All Parties Joining Remotely
South Pasadena, CA 91030

---

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Blvd
Ste 310
Woodland Hills, CA 91367-6479

Remit To: **Huseby Global Litigation**
P.O. Box 6180
Hermitage, PA 16148-0922

Job No.     : 392693          BU ID      : California
Case No.    : 2:20-cv-8382-ODW-MAA
Case Name   : Nicole Juarez Zelaya vs. City of Los Angeles et. al.
Invoice No. : 727309          Invoice Date : 4/28/2022
Total Due   : $799.45

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

**EXHIBIT 1**                                                **Page 1 of 8**

# INVOICE

1 of 2



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2032

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 727309 | 4/28/2022 | 392693 |
| Job Date | Case No. | |
| 4/5/2022 | 2:20-cv-8382-ODW-MAA | |
| Case Name | | |
| Nicole Juarez Zelaya vs. City of Los Angeles et. al. | | |
| Payment Terms | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Blvd
Ste 310
Woodland Hills, CA 91367-6479

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Dustin Richmond | 101.00 Pages | @ | 4.450 | 449.45 |
| Exhibit | 5.00 Pages | @ | 0.150 | 25.00 |
| Print/Bind/Package/Shipping | 1.00 | @ | 25.000 | 25.00 |
| Scheduling Surcharge (less than 24 hours) | 1.00 | @ | 300.000 | 300.00 |
| Appearance | 1.00 | @ | 0.000 | 0.00 |
| **TOTAL DUE   >>>** | | | | **$799.45** |

Location of Job   : Web Conference All Parties Joining Remotely
                    South Pasadena, CA 91030

Tax ID: 31-1763752

*Please detach bottom portion and return with payment.*

---

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

8560
16-1606/1220

DATE 5/12/22

PAY TO THE ORDER OF  Huseby Global Litigation    $ 1,258.85

One Thousand Two Hundred Fifty Eight 85/100    DOLLARS

CITY NATIONAL BANK
AN RBC COMPANY
(800) 773-7100
PERSONAL & BUSINESS BANKING

FOR Zelaya v Los Angeles

⑈008560⑈ ⑆122016066⑆ 224172796⑈

**EXHIBIT 1**                                   **Page 2 of 8**



**Huseby.com**
Corporate Headquarters
1230 West Morehead St, Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Blvd
Ste 310
Woodland Hills, CA 91367-6479

# INVOICE
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 728607 | 5/4/2022 | 392694 |

| Job Date | Case No. |
|---|---|
| 4/6/2022 | 2:20-cv-8382-ODW-MAA |

| Case Name |
|---|
| Nicole Juarez Zelaya vs. City of Los Angeles et. al. |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

ORIGINAL TRANSCRIPT OF:
  Officer Joseph Hunt                 92.00 Pages   @   4.450    409.40
  Exhibit                              5.00 Pages   @   0.150     25.00
  Print/Bind/Package/Shipping          1.00         @  25.000     25.00

                                 TOTAL DUE >>>                  $459.40

Location of Job  : Web Conference All Parties Joining Remotely
                   South Pasadena, CA 91030

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Blvd
Ste 310
Woodland Hills, CA 91367-6479

Job No.      : 392694        BU ID     : California
Case No.     : 2:20-cv-8382-ODW-MAA
Case Name    : Nicole Juarez Zelaya vs. City of Los Angeles et. al.
Invoice No.  : 728607        Invoice Date : 5/4/2022
Total Due    : $459.40

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Huseby Global Litigation**
         **P.O. Box 6180**
         **Hermitage, PA 16148-0922**

**EXHIBIT 1**                                                    **Page 3 of 8**



# Huseby.com

Corporate Headquarters
1230 West Morehead St, Suite 405
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 728607 | 5/4/2022 | 392694 |

| Job Date | Case No. |
|---|---|
| 4/6/2022 | 2:20-cv-8382-ODW-MAA |

| Case Name |
|---|
| Nicole Juarez Zelaya vs. City of Los Angeles et. al. |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Blvd
Ste 310
Woodland Hills, CA 91367-6479

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Officer Joseph Hunt | 92.00 Pages | @ | 4.450 | 409.40 |
| Exhibit | 5.00 Pages | @ | 0.150 | 25.00 |
| Print/Bind/Package/Shipping | 1.00 | @ | 25.000 | 25.00 |
| **TOTAL DUE  >>>** | | | | **$459.40** |

Location of Job  : Web Conference All Parties Joining Remotely
South Pasadena, CA 91030

Thank you for choosing Huseby!

If you would like to pay your Invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

Tax ID: 31-1763752

*Please detach bottom portion and return with payment.*

Job No.  : 392694          BU ID  : California

---

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

8560
16-1606/1220

DATE 5/12/22

PAY TO THE ORDER OF  Huseby Global Litigation          $ 1,258.85

One Thousand Two Hundred Fifty Eight 85/100   DOLLARS

CITY NATIONAL BANK
AN RBC COMPANY
(800) 773-7100
PERSONAL & BUSINESS BANKING

FOR Zelaya v Los Angeles

⑈008560⑈ ⑆122016066⑆ 224172796⑈

EXHIBIT 1                    Page 4 of 8



# INVOICE
1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 753967 | 9/29/2022 | 416288 |
| Job Date | Case No. | |
| 9/7/2022 | 2:20-cv-8382-ODW-MAA | |
| Case Name | | |
| Nicole Juarez Zelaya, et al. vs. City of Los Angeles, et al. | | |
| Payment Terms | | |
| Due upon receipt, after 30 days 1.5% fee | | |

**Huseby.com**
Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Blvd
Ste 310
Woodland Hills, CA 91367-6479

ORIGINAL TRANSCRIPT OF:
   Edward Flosi                                                  116.00  Pages    @    4.450    516.20
      Litigation Support Services                           1.00        @    0.000      0.00
      Repository Storage/Access/Unlimited Downloads    1.00        @    0.000      0.00
      Print/Bind/Package/Shipping                           1.00        @   25.000    25.00
      Appearance                                                     1.00        @    0.000      0.00

**TOTAL DUE   >>>**                                              **$541.20**

Location of Job   : Web Conference All Parties Joining Remotely
                               Woodland Hills, CA 91367

Tax ID: 31-1763752

*Please detach bottom portion and return with payment.*

Job No.   : 416288          BU ID    : California

---

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

8801
16-1606/1220

DATE  10/4/2022

PAY TO THE ORDER OF  Huseby Global Litigation     $ 541.20

Five hundred forty-one and 20/100 ————————————— DOLLARS

CITY NATIONAL BANK
AN RBC COMPANY
(800) 773-7100
PERSONAL & BUSINESS BANKING

FOR  Nicole Juarez Zelaya v City of L.A.

⑈008801⑈ ⑆122016066⑆ 224172796⑈

**EXHIBIT 1**                  **Page 5 of 8**



# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 757033 | 10/25/2022 | 419514 |
| Job Date | | Case No. |
| 9/27/2022 | | 2:20-cv-8382-ODW-MAA |
| Case Name | | |
| Nicole Juarez Zelaya, et al. vs. City of Los Angeles, et al. | | |
| Payment Terms | | |
| Due upon receipt, after 30 days 1.5% fee | | |

**Huseby.com**
Corporate Headquarters
1230 West Morehead St, Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Blvd
Ste 310
Woodland Hills, CA 91367-6479

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Richard F. Clark, M.D. | 80.00 Pages | @ | 4.750 | 380.00 |
| Litigation Support Services | 1.00 | @ | 0.000 | 0.00 |
| Repository Storage/Access/Unlimited Downloads | 1.00 | @ | 0.000 | 0.00 |
| Print/Bind/Package/Shipping | 1.00 | @ | 25.000 | 25.00 |
| Appearance | 1.00 | @ | 0.000 | 0.00 |
| **TOTAL DUE   >>>** | | | | **$405.00** |

Location of Job : Web Conference All Parties Joining Remotely
Los Angeles, CA 90012

Tax ID: 31-1763752

*Please detach bottom portion and return with payment.*

Job No.    : 419514        BU ID    : California
Case No.   : 2:20-cv-8382-ODW-MAA

---

**DALE K. GALIPO, INC.**                                                            8834
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367                                                      16-1606/1220

DATE  10/25/2022

PAY TO THE ORDER OF  Huseby Global Litigation                           $  405.00

Four hundred five and 00/100                                           DOLLARS

City National Bank
AN RBC COMPANY
(800) 773-7100
PERSONAL & BUSINESS BANKING

FOR  Nicole Juarez Zelaya v. City of L.A.

⑈008834⑈ ⑆122016066⑆ 224172796⑈

**EXHIBIT 1**                                                                 **Page 6 of 8**



# Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# Invoice
#780722

**Dale Galipo Law Offices**
Dale K. Galipo, Esq.
21800 Burbank Boulevard,
Suite 310
Woodland Hills CA 91367-6479
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 03/17/2023 | DUR, after 30 days 1.5% | 03/17/2023 | 2/22/2023 | 441155 |

| Case Number | Case Name |
|---|---|
| 2:20-cv-08382-ODW-MAA | Nicole Juarez Zelaya, et al. vs. City of Los Angeles, et al. |

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Michael L. Chaikin, M.D. | 85.00 Pages @ | | 4.75 | 403.75 |
| Litigation Support Services | | | 0.00 | 0.00 |
| Repository Storage/Access/Unlimited Downloads | | | 0.00 | 0.00 |
| Print/Bind/Package/Shipping | | | 25.00 | 25.00 |
| Appearance | 2.00 @ | | 0.00 | 0.00 |

**TOTAL DUE >>>**            **$428.75**

Location of Job: Web Conference All Parties Joining Remotely
Woodland Hills, CA 91367

---

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

9105
16-1606/1220

DATE 4/5/2023

PAY TO THE ORDER OF  Huseby Global Litigation    $ 957.25

Nine hundred fifty-seven and 25/100 DOLLARS

CITY NATIONAL BANK
AN RBC COMPANY
(800) 773-7100
PERSONAL & BUSINESS BANKING

FOR Nicole Juarez Zelaya v City of L.A.

⑆009105⑆ ⑉122016066⑉ 224172796⑆

780722

1 of 1

EXHIBIT 1                     Page 7 of 8



# Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# Invoice
#779729

Dale Galipo Law Offices
Dale K. Galipo, Esq.
21800 Burbank Boulevard,
Suite 310
Woodland Hills CA 91367-6479
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 03/09/2023 | DUR, after 30 days 1.5% | 03/09/2023 | 2/16/2023 | 439514 |

| Case Number | Case Name |
|---|---|
| 2:20-cv-08382-ODW-MAA | Nicole Juarez Zelaya, et al. vs. City of Los Angeles, et al. |

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Gary M. Vilke, M.D. | 106.00 Pages @ | | 4.75 | 503.50 |
| Litigation Support Services | | | 0.00 | 0.00 |
| Repository Storage/Access/Unlimited Downloads | | | 0.00 | 0.00 |
| Print/Bind/Package/Shipping | | | 25.00 | 25.00 |
| Appearance | 2.00 @ | | 0.00 | 0.00 |

**TOTAL DUE >>>**  $528.50

Location of Job:  Web Conference All Parties Joining Remotely
Woodland Hills, CA 91367

---

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

9105
16-1606/1220

PAY TO THE ORDER OF: Huseby Global Litigation

DATE 4/5/2023

Nine hundred fifty-seven and 25/100 DOLLARS

$ 957.25

City National Bank
AN RBC COMPANY
(800) 773-7100
PERSONAL & BUSINESS BANKING

FOR Nicole Juarez Zelaya v City of L.A.

⑈009105⑈ ⑆122016066⑆ 224172796⑈

779729

EXHIBIT 1                                    Page 8 of 8