# EXHIBIT 2

**RAPID LEGAL INC.**
15345 Fairfield Ranch Rd, Ste 200
CHINO HILLS, CA  91709
accountsreceivable@rapidlegal.com



# INVOICE

BILL TO
Law Offices of Dale K. Galipo
21800 Burbank Blvd 310
Woodland Hills, CA 91367
Attn: Alejandro Monguia
Billing Code: Zelaya v. LA

| | | INVOICE | 8345868-03 |
|---|---|---|---|
| | | DATE | 10/06/2023 |
| | | TERMS | Due on receipt |

ACCOUNT #
146308

| DATE | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| 10/05/2023 | On-Demand Urban Area Diligence, 10/05/2023<br>PARTY TO SERVE: Bryan Tell<br>201 N Figueroa St 1250, Los Angeles, CA 90012<br>Civil Subpoena Duces Tecum For Personal Appearance And Production Of Documents And Things At Trial Or Hearing, On-Call Agreement | 1 | 265.00 |
| 10/05/2023 | Multi - Serve Discount | 1 | -5.00 |
| 10/05/2023 | Multiple Parties at same address Discount - Standard | 1 | -5.00 |
| 10/05/2023 | Witness Fees Advanced to Complete Assignment | 1 | 275.00 |
| 10/05/2023 | Payment Processing Fee | 1 | 15.90 |

BILLING CODE: Zelaya v. LA
CASE #: 220-cv-08382-ODW-MAA
CASE NAME: Juarez Zelaya, Nicole v. City of Los Angeles

PAYMENT                    545.90

BALANCE DUE                **$0.00**
                           **PAID**

If you have questions about this invoice, please email Accounts Receivable at
accountsreceivable@rapidlegal.com or call 909-664-9565

Thank you for choosing Rapid Legal for your legal services needs.

TAX ID #95-4470545

Page 1 of 1

EXHIBIT 2                                         Page 1 of 3

**RAPID LEGAL INC.**

15345 Fairfield Ranch Rd, Ste 200
CHINO HILLS, CA  91709
accountsreceivable@rapidlegal.com



## INVOICE

BILL TO

Law Offices of Dale K. Galipo
21800 Burbank Blvd 310
Woodland Hills, CA 91367
Attn: Alejandro Monguia
Billing Code: Zelaya v. LA

INVOICE    8345868-02
DATE       10/06/2023
TERMS      Due on receipt

ACCOUNT #
146308

| DATE | ACTIVITY | QTY | AMOUNT |
|---|---|---|---|
| 10/05/2023 | On-Demand Urban Area Diligence, 10/05/2023 PARTY TO SERVE: Javier Rivera 201 N Figueroa St 1250, Los Angeles, CA 90012 Civil Subpoena Duces Tecum For Personal Appearance And Production Of Documents And Things At Trial Or Hearing, On-Call Agreement | 1 | 265.00 |
| 10/05/2023 | Multi - Serve Discount | 1 | -5.00 |
| 10/05/2023 | Multiple Parties at same address Discount - Standard | 1 | -5.00 |
| 10/05/2023 | Witness Fees Advanced to Complete Assignment | 1 | 275.00 |
| 10/05/2023 | Payment Processing Fee | 1 | 15.90 |

BILLING CODE: Zelaya v. LA
CASE #: 220-cv-08382-ODW-MAA
CASE NAME: Juarez Zelaya, Nicole v. City of Los Angeles

PAYMENT                                                 545.90

BALANCE DUE                                             **$0.00**

                                                        **PAID**

If you have questions about this invoice, please email Accounts Receivable at accountsreceivable@rapidlegal.com or call 909-664-9565

Thank you for choosing Rapid Legal for your legal services needs.

TAX ID #95-4470545

Page 1 of 1

**EXHIBIT 2**                                    Page 2 of 3

**RAPID LEGAL INC.**

15345 Fairfield Ranch Rd, Ste 200
CHINO HILLS, CA  91709
accountsreceivable@rapidlegal.com



## INVOICE

BILL TO

Law Offices of Dale K. Galipo
21800 Burbank Blvd 310
Woodland Hills, CA 91367
Attn: Alejandro Monguia
Billing Code: Zelaya v. LA

INVOICE   8345868-01
DATE      10/06/2023
TERMS     Due on receipt

ACCOUNT #
146308

| DATE | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| 10/05/2023 | On-Demand Urban Area Diligence, 10/05/2023<br>PARTY TO SERVE: Roman Zavala<br>201 N Figueroa St 1250, Los Angeles, CA 90012<br>Civil Subpoena Duces Tecum For Personal Appearance And Production Of Documents, Electronically Stored Information, And Things At Trial Or Hearing And Declaration, On-Call Agreeement | 1 | 265.00 |
| 10/05/2023 | Multi - Serve Discount | 1 | -5.00 |
| 10/05/2023 | Multiple Parties at same address Discount - Standard | 1 | -5.00 |
| 10/05/2023 | Witness Fees Advanced to Complete Assignment | 1 | 275.00 |
| 10/05/2023 | Payment Processing Fee | 1 | 15.90 |

BILLING CODE: Zelaya v. LA
CASE #: 220-cv-08382-ODW-MAA
CASE NAME: Juarez Zelaya, Nicole v. City of Los Angeles

PAYMENT      545.90

BALANCE DUE   **$0.00**

**PAID**

If you have questions about this invoice, please email Accounts Receivable at accountsreceivable@rapidlegal.com or call 909-664-9565

Thank you for choosing Rapid Legal for your legal services needs.

TAX ID #95-4470545

Page 1 of 1

**EXHIBIT 2**                    Page 3 of 3