# EXHIBIT 3



**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030

JP Morgan Chase & Co.
P.O. Box 182051
Columbus OH 43218-2051
90-7162/3222
80-7162/3222

1476

11/09/2023

PAY TO THE ORDER OF: Myra L. Ponce          $**2,400.00

Two thousand four hundred and 00/100************************************************************************ DOLLARS

Myra L. Ponce
350 West 1st Street, Room 4311,
Los Angeles, CA 90012-4565

MEMO: Nicole Juarez Zelaya v. City of Los Angeles

AUTHORIZED SIGNATURE

⑈⑈0 0 1 4 7 6⑈⑈  ⑈: 3 2 2 2 7 1 6 2 7 ⑈:  7 2 5 7 7 7 2 9 3 ⑈⑈

---

CARRILLO LAW FIRM, LLP                                                                  1476

11/09/2023     Myra L. Ponce

                      Case No. 2:20-cv-08382-ODW-MAA                              2,400.00


Please cut a check for $1,200 to Carrillo Law Firm for ½ of transcript fee


Chase General LLP        Nicole Juarez Zelaya v. City of Los Angeles        2,400.00

CARRILLO LAW FIRM, LLP                                                                  1476

11/09/2023     Myra L. Ponce

                      Case No. 2:20-cv-08382-ODW-MAA                              2,400.00

---

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

9545
16-1606/1220
1

DATE NOVEMBER 20, 2023          CHECK ARMOR

PAY TO THE ORDER OF: CARRILLO LAW FIRM          $ $1,200.00

ONE THOUSAND TWO HUNDRED AND NO CENTS                                DOLLARS 

CITY NATIONAL BANK
AN RBC COMPANY
(800) 773-7100
PERSONAL & BUSINESS BANKING

FOR: N. ZELAYA v. CITY OF LOS ANGELES. ½ TRANSCRIPT FEE

⑈⑈009545⑈⑈  ⑈:122016066⑈:  224172796⑈⑈