LUIS A. CARRILLO, Esq. SBN 70398
MICHAEL S. CARRILLO, Esq. SBN 258878
CARRILLO LAW FIRM, LLP
1499 Huntington Drive, Suite 402
South Pasadena, CA 92030
Tel: (626) 799-9375
Fax: (626) 799-9380

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NICOLE JUAREZ ZELAYA, Individually and as Successor-in-Interest to Decedent JACOBO JUAREZ CEDILLO

PLAINTIFF(S),

v.

CITY OF LOS ANGELES, ET AL.

DEFENDANT(S)

**CASE NUMBER**

# CV20-08382-ODW (MAAx)

## APPLICATION TO THE CLERK
## TO TAX COSTS

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | | | |
|---|---|---|---|
| Name(s) of party or parties claiming costs: | NICOLE JUAREZ ZELAYA | | |
| Judgment entered on: | November 13, 2023 | Docket #: | 129 |
| Names of party(ies) against whom judgment was entered: | CITY OF LOS ANGELES, DUSTIN RICHMOND AND JOSEPH HUNT | | |

### DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: *Enter date here.*

Signature: *Signature*

Name: Michael S. Carrillo

☒ Attorney of Record for: Plaintiff, Nicole Juarez Zelaya

| COURT USE ONLY |
|---|
| ☐ Application GRANTED in whole/part; costs are taxed in the amount of $ *Enter total amount taxed here.* |
| ☐ Application DENIED because: ☐ Not timely filed (L.R. 54-2.1). |
| ☐ Insufficient supporting documentation provided (L.R. 54-2.1). |
| ☐ Filer is not prevailing party (L.R. 54-1). |
| Date: *Enter date here.* |
| **Kiry K. Gray, District Court Executive/Clerk of Court** |
| By: _____ |
| Deputy Clerk |

**Case Title:** <u>Nicole Juarez Zelaya vs. City of Los Angeles, et al.</u>; **Case No:** CV20-08382-ODW (MAAx)

# BILL OF COSTS

### *The Clerk does not have discretion to tax any item*
### *not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| 1 | | **L.R. 54-3.1 Clerk's Fees** *(only if in 28 USC § 1914 or <u>www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule</u>)* | | | | |
| | $400.00 | California Central District Court regarding filing fee for summons and complaint<br><br>[SEE EXHIBIT A] | | | | |
| 2 | | **L.R. 54-3.2 Fees for Service of Process** | | | | |
| | $697.14 | $106.50 - One Legal - Service of Complaint on City of Los Angeles<br><br>$110.16 - One Legal - Service of Complaint on Officer Dustin Richmond<br><br>$68.98 - One Legal - Service of Complaint on Officer Joseph Hunt<br><br>$105.00 - Global Network Attorney Service - Service of Deposition Subpoena to Deputy Medical Examiner Martina Kennedy, D.O.<br><br>$145.00 - Global Network Attorney Service - Service of Deposition Subpoena to Deputy Medical Examiner Martina Kennedy, D.O.<br><br>$71.50 - Global Network Legal Support - Service of Courtesy Copy to USDC Central<br><br>$90.00 - Global Network Legal Support – [Messenger] Documents Pick-Up<br><br>[SEE EXHIBIT B] | | | | |
| 3 | | **L.R. 54-3.3 United States Marshal's Fees** | | | | |
| | $0.00 | N/A | | | | |
| 4 | | **L.R. 54-3.4 Transcripts of Court Proceedings** *(order or stipulation required and must be attached)* | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| | $0.00 | N/A | | | | |
| | **L.R. 54-3.5 Depositions** *(if order or stipulation required by rule, it must be attached)* | | | | | |
| 5 | $5,325.83 | $386.18 – Kennedy Court Reporters, Inc. – Deposition of Nicole Juarez Zelaya<br><br>$480.00 – Jonnell Agnew & Associates – Videographer Fees for Deposition of Martina Kennedy, D.O.<br><br>$1010.85 – Jonnell Agnew & Associates – Deposition of Martina Kennedy, D.O.<br><br>$826.75 – Jonnell Agnew & Associates – Deposition of Officer Justin Wade<br><br>$450.00 – Jonnell Agnew & Associates – Videographer Fees for Deposition of Officer Justin Wade<br><br>$894.25 – First Legal Depositions – Deposition of Plaintiff's Retained Expert, Dr. Bennet Omalu<br><br>$417.65 – First Legal Depositions – Deposition of Plaintiff's Retained Expert, Jeffrey Noble<br><br>$290.90 – Kennedy Court Reporter, Inc. – Deposition of Plaintiff's Retained Expert, Daniel Wohlgelernter, M.D.<br><br>$569.25 – Kennedy Court Reporters, Inc. – Deposition of Plaintiff's Retained Expert, Samir Lyons<br><br>[SEE EXHIBIT C] | | | | |
| | **L.R. 54-3.6 Witness Fees** *(TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |
| 6 | $1,472.69 | Department of Medical Examiner Coroner regarding deposition of Dr. Martina Kennedy<br><br>[SEE EXHIBIT D] | | | | |
| | **L.R. 54-3.7 Interpreter's Fees** *(document translation costs are not taxable)* | | | | | |
| 7 | $0.00 | N/A | | | | |
| 8 | **L.R. 54-3.8 Docket Fees** *(only as provided by 28 U.S.C. § 1823)* | | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | | |
| | | $0.00 | N/A | | | | |
| 9 | | **L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers** *(attach appointment order)* | | | | | |
| | | $0.00 | N/A | | | | |
| 10 | | **L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents** *(if order or stip required, it must be attached)* | | | | | |
| | (a) | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | | |
| | | $0.00 | N/A | | | | |
| | (b) | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | | |
| | (c) | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | | |
| | | $0.00 | N/A | | | | |
| | (d) | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | | |
| | | $0.00 | N/A | | | | |
| | (e) | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | | |
| | | $0.00 | N/A | | | | |
| | (f) | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | | |
| | | $0.00 | N/A | | | | |
| | (g) | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | | |
| | | $2,213.23 | Department of Medical Examiner re 23 pathology slides $1878.23<br><br>Department of Medical Examiner regarding 10 neuro slides $286.00<br><br>Department of Medical Examiner regarding copy of autopsy $49.00<br><br>[SEE EXHIBIT E] | | | | |
| 11 | | **L.R. 54-3.11 Premiums on Undertakings and Bonds** | | | | | |
| | | $0.00 | N/A | | | | |
| 12 | | **L.R. 54-3.12 Other Costs** *(Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | | |
| | | $0.00 | N/A | | | | |
| 13 | | **L.R. 54-3.13 State Court Costs** *(taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | | |
| | | $0.00 | N/A | | | | |
| 14 | | **L.R. 54-4 Items Taxable as Costs on Appeal** *(only items taxable under Fed. R. App. P. 39(e))* | | | | | |
| | | $0.00 | N/A | | | | |
| 15 | | **L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court** | | | | | |
| | | $0.00 | N/A | | | | |
| TOTAL | | $10,108.89 | | $0.00 | $0.00 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.

"B" – Order/Stip required but not provided.

"C" – Documents provided do not support full amount claimed.

"D" – Item does not fall within the scope of the Local Rule.

"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.

"F" – Amount claimed reduced by agreement after meet and confer.

"G" – Other.

**Case Title:** Nicole Juarez Zelaya vs. City of Los Angeles, et al.; **Case No:** CV20-08382-ODW (MAAx)

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate. 28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $ 0,00 |

*WITNESS FEES (computation, see 28 U.S.C. § 1821 for statutory fees)*