# EXHIBIT "A"

 Gmail

Arcy Carranza <ac@carrillofirm.com>

## Pay.gov Payment Confirmation: CALIFORNIA CENTRAL DISTRICT COURT

do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Reply-To: ecf-helpdesk@cacd.uscourts.gov
To: ac@carrillofirm.com

Mon, Sep 14, 2020 at 12:04 PM

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: CM/ECF Helpdesk at 213-894-0242.

Account Number: 6291402
Court: CALIFORNIA CENTRAL DISTRICT COURT
Amount: $400.00
Tracking Id: ACACDC-28067002
Approval Code: 109287
Card Number: ************2001
Date/Time: 09/14/2020 03:04:17 ET

NOTE: This is an automated message. Please do not reply