# EXHIBIT "B"



**ONE LEGAL**

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046

## Credit Card Sale

| Date | 10/7/2020 |
|---|---|
| Customer | 0115985 |
| Credit Sale | 02878197 |
| Amount Due | $0 |

**Bill To**
Carrillo Law Firm, LLP
1499 Huntington Drive
Suite 402
South Pasadena CA 91030

| | |
|---|---|
| Order Number | 15232834 |
| Contact | Hazel Ramirez |
| Attorney | none |
| Billing Code | 2:20-cv-08382-ODW-MAA |
| Case Title | Nicole Juarez Zelaya, et al. v City of Los Angeles, et al |
| Court | United States District Court, Central District of California |
| Court Transaction Number | |
| Case Number | 2:20-cv-08382-ODW-MAA |
| Documents | Complaint, Summons, Notice of Case Assignment, Notice to Parties of Alternative Dispute Resolution, Certificate of Service |
| Assignment Details | Substitute Service-Company - City of Los Angeles |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Mailing Declaration | $20.00 |
| Process Serving - Three Day | $80.00 |
| Process Serving Copy Charge | $6.50 |
| **SUBTOTAL** | **$106.50** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $106.50 |
| **TOTAL CHARGED** | **$106.50** |



**ONE LEGAL**  An InfoTrack Company

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

## Credit Card Sale

| Date | 5/26/2021 |
|---|---|
| Customer | 0115985 |
| Credit Sale | 03313321 |
| Amount Due | $0 |

**Bill To**
Carrillo Law Firm, LLP
1499 Huntington Drive
Suite 402
South Pasadena CA 91030

| | |
|---|---|
| Order Number | 16341730 |
| Contact | Hazel Ramirez |
| Attorney | Michael Carrillo |
| Billing Code | 2:20-cv-8382 |
| Case Title | Nicole Juarez Zelaya v City of Los Angeles, et al. |
| Court | United States District Court, Central District of California |
| Court Transaction Number | |
| Case Number | 2:20-cv-8382 |
| Documents | Summons, Complaint, Notice of Case Assignment, Notice to Parties of ADR, Certificate of Interested Parties |
| Assignment Details | Substitute Service-Individual - OFFICER DUSTIN RICHMOND as Doe 1 |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Convenience Fee‡ | $3.16 |
| Mailing Declaration | $20.00 |
| Process Serving - Three Day | $80.00 |
| Process Serving Copy Charge | $7.00 |
| **SUBTOTAL** | **$110.16** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $110.16 |
| **TOTAL CHARGED** | **$110.16** |

\* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.



1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

## Credit Card Sale

| Date | 5/26/2021 |
|---|---|
| Customer | 0115985 |
| Credit Sale | 03313322 |
| Amount Due | $0 |

**Bill To**
Carrillo Law Firm, LLP
1499 Huntington Drive
Suite 402
South Pasadena CA 91030

| | |
|---|---|
| Order Number | 16341731 |
| Contact | Hazel Ramirez |
| Attorney | Michael Carrillo |
| Billing Code | 2:20-cv-8382 |
| Case Title | Nicole Juarez Zelaya v City of Los Angeles, et al. |
| Court | United States District Court, Central District of California |
| Court Transaction Number | |
| Case Number | 2:20-cv-8382 |
| Documents | Summons, Complaint, Notice of Case Assignment, Notice to Parties of ADR, Certificate of Interested Parties |
| Assignment Details | Substitute Service-Individual - Officer Joseph Hunt as Doe 2 |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Convenience Fee‡ | $1.98 |
| Served Additional Entities | $40.00 |
| Process Serving Copy Charge | $7.00 |
| Mailing Declaration | $20.00 |
| SUBTOTAL | $68.98 |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $68.98 |
| TOTAL CHARGED | $68.98 |

\* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

# Global Network Attorney Service

316 W. 2nd Street
Ste. #1110
Los Angeles CA  90012

# INVOICE

| Account No: | 110 |
|---|---|
| Invoice No: | 1450 |
| Invoice Date: | 07/24/22 |
| Invoice Period: | 05/31/22 |

## Carrillo Law Firm, LLP
Attn: Accounts Payable
1499 Huntington Dr., Suite 402
South Pasadena, CA 91030

For billing inquiries please contact Gonzalo Ponce
213-922-9400

| Date | Job No. | Dept. | Reference No. | Svc Type | Origin Details | Destination/POD | Charge | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|
| 05/31/22 | | | Zelaya | Serve | Carrillo Law firm, LLP<br>1499 Huntington Drive<br>Suite 402<br>South Pasadena, CA 91030<br>Vanessa Beltran | Deputy Medical Examiner<br>Matina Kennedy D.O.<br>1104 N Mission road<br>Los Angeels, CA 90033<br>Served edna Pereyda<br>senioer clerk | Base | 105.00 | $105.00 |
| Comment: | | | CV20-8382/ Zelaya Vs. City of L.A./ Subpoena to testify | | | | | | |
| | | | | | Carrillo Law Firm LLP<br>1499 Huntington Drive<br>Suite 402<br>South Pasadena, CA 91030 | | Base | | |
| Comment: | | | | | | | | | |
| | | | | | Carrillo Law Firm LLP<br>1499 Huntington Drive<br>Suite 402<br>South Pasadena, CA 91030 | | | | |
| Comment: | | | | | | | | | |
| | | | | | Carrillo Law Firm LLP<br>1499 Huntington Drive<br>Suite 402<br>South Pasadena, CA 91030 | | | | |
| Billing Info: | | | | | | | | | |
| | | | | | Carrillo Law Firm LLP<br>1499 Huntington Drive<br>Suite 402<br>South Pasadena, CA 91030 | | | | |
| Comment: | | | | | | | | | |
| | | | | | | | TOTAL: | | $105.00 |

Created by:
Patricia Romero-Cubero
May 19, 2011

1

7/24/2022
1:34 PM

*Global Network Attorney Service*
316 W. 2nd Street
Ste. #1110
Los Angeles CA 90012

# INVOICE

| Account No: | 110 |
|---|---|
| Invoice No: | 1453 |
| Invoice Date: | 07/24/22 |
| Invoice Period: | 06/08/22 |

*Carrillo Law Firm, LLP*
Attn: Accounts Payable
1499 Huntington Dr., Suite 402
South Pasadena, CA 91030

For billing inquiries please contact Gonzalo Ponce
213-922-9400

| Date | Job No. | Dept. | Reference No. | Svc Type | Origin Details | Destination/POD | Charge | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|
| 06/08/22 | | | Zelaya | Serve | Carrillo Law firm, LLP<br>1499 Huntington Drive<br>Suite 402<br>South Pasadena, CA 91030<br>Vanessa Beltran | Martina Kennedy D.O<br>La Coroner's Office<br>1104 N Mission Road<br>Los Angeles, CA 90033<br>Served Nicolas G./ clerk | Base<br>Fee Adv. | 105.00<br>40.00 | $145.00 |
| Comment: | | | CV20-8382/ Zelaya Vs. City of Los Angeles/Subpoena for appearance | | | | | | |
| | | | | | Carrillo Law Firm LLP<br>1499 Huntington Drive<br>Suite 402<br>South Pasadena, CA 91030 | | Base | | |
| Comment: | | | | | | | | | |
| | | | | | Carrillo Law Firm LLP<br>1499 Huntington Drive<br>Suite 402<br>South Pasadena, CA 91030 | | | | |
| Comment: | | | | | | | | | |
| | | | | | Carrillo Law Firm LLP<br>1499 Huntington Drive<br>Suite 402<br>South Pasadena, CA 91030 | | | | |
| Billing Info: | | | | | | | | | |
| | | | | | Carrillo Law Firm LLP<br>1499 Huntington Drive<br>Suite 402<br>South Pasadena, CA 91030 | | | | |
| Comment: | | | | | | | | | |
| | | | | | | | | TOTAL: | $145.00 |

Created by:
Patricia Romero-Cubero
May 19, 2011

1

7/24/2022
1:59 PM

**Global Network Legal Support**
316 W. 2nd Street
Ste. #1110
Los Angeles CA 90012

# INVOICE

| Account No: | 110 |
|---|---|
| Invoice No: | 1540 |
| Invoice Date: | 02/01/23 |
| Invoice Period: | 01/30/23 |

**Carrillo Law Firm, LLP**
Attn: Accounts Payable
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030

For billing inquiries please contact Gonzalo Ponce
213-922-9400

| Date | Job No. | Dept. | Reference No. | Svc Type | Original details | Destination/POD | Charge | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|
| 01/30/23 | | | Zelaya | Courtesy | Carrillo Law firm, LLP<br>1499 Huntington Drive<br>Suite 402<br>South Pasadena, CA 91030<br>Hazel Ramirez | USDC-Central<br>350 W. 1st Street<br>4th Floor<br>Los Angeles, CA 90012<br>Delivered | Base<br>3 blueback | 35.00<br>0.50 | $35.50 |
| Comment: | | | CV20-08382/ Zelaya Vs. City of Los Angeles/ Notice of Lodging | | | | | | |
| 01/31/23 | | | Zelaya | Courtesy | Carrillo Law firm, LLP<br>1499 Huntington Drive<br>Suite 402<br>South Pasadena, CA 91030<br>HazelRamirez | USDC-Central<br>350 W. 1st Street<br>4th Floor<br>Los Angeles, CA 90012<br>Delivered | Base<br>2 blueback | 35.00<br>1.00 | $36.00 |
| Comment: | | | | | | | | | |
| | | | | | Carrillo Law firm, LLP<br>1499 Huntington Drive<br>Suite 402<br>South Pasadena, CA 91030 | | Base | | $0.00 |
| Comment: | | | | | | | | | |
| | | | | | Carrillo Law firm, LLP<br>1499 Huntington Drive<br>Suite 402<br>South Pasadena, CA 91030 | | Base | | $0.00 |
| Comment: | | | | | | | | | |
| | | | | | Carrillo Law firm, LLP<br>1499 Huntington Drive<br>Suite 402<br>South Pasadena, CA 91030 | | Base | | $0.00 |
| Comment: | | | | | | | | | |

| TOTAL: | $71.50 |
|---|---|

Created by:
Patricia Romero-Cubero
May 19, 2011

1

2/1/2023
1:31 PM

# INVOICE

**Global Network Legal Support**
316 W. 2nd Street
Ste. #1110
Los Angeles CA 90012

| Account No: | 110 |
|---|---|
| Invoice No: | 1535 |
| Invoice Date: | 02/01/23 |
| Invoice Period: | 12/23/22 |

**Carrillo Law Firm, LLP**
Attn: Accounts Payable
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030

For billing inquiries please contact Gonzalo Ponce
213-922-9400

| Date | Job No. | Dept. | Reference No. | Svc Type | Original details | Destination/POD | Charge | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|
| 12/23/22 | | | Cedillo | Special | Los Angeles Coroner Office 1104 N Mission Road Los Angeles, CA 90033 | Carrillo Law firm, LLP 1499 Huntington Drive Suite 402 South Pasadena, CA 91030 Arcy Carranza sent fed ex | Base | 90.00 | $90.00 |
| Comment: | | | pick up documents for Jacobo Juarez Cedillo and mail out. | | | | | | |
| | | | | | | Carrillo Law firm, LLP 1499 Huntington Drive Suite 402 South Pasadena, CA 91030 | Base | | |
| Comment: | | | | | | | | | |
| | | | | | | Carrillo Law firm, LLP 1499 Huntington Drive Suite 402 South Pasadena, CA 91030 | Base | | $0.00 |
| Comment: | | | | | | | | | |
| | | | | | | Carrillo Law firm, LLP 1499 Huntington Drive Suite 402 South Pasadena, CA 91030 | Base | | $0.00 |
| Comment: | | | | | | | | | |
| | | | | | | Carrillo Law firm, LLP 1499 Huntington Drive Suite 402 South Pasadena, CA 91030 | Base | | $0.00 |
| Comment: | | | | | | | | | |

| | TOTAL: | $90.00 |
|---|---|---|

Created by:
Patricia Romero-Cubero
May 19, 2011

2/1/2023
11:43 AM

1