# EXHIBIT "C"



**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030

JP Morgan Chase & Co.
P.O. Box 182051
Columbus OH 43218-2051
90-7162/3222
90-7162/3222

1476

11/09/2023

PAY TO THE ORDER OF: Myra L. Ponce        $**2,400.00

Two thousand four hundred and 00/100************************************************************************************ DOLLARS

Myra L. Ponce
350 West 1st Street, Room 4311,
Los Angeles, CA 90012-4565

MEMO  N███ Juarez Zelaya v. City of Los Angeles

AUTHORIZED SIGNATURE

---

| | | | |
|---|---|---|---|
| CARRILLO LAW FIRM, LLP | | | 1476 |
| 11/09/2023 | Myra L. Ponce | | |
| | | Case No. 2:20-cv-08382-ODW-MAA | 2,400.00 |
| Chase General LLP | | N███ Juarez Zelaya v. City of Los Angeles | 2,400.00 |

| | | | |
|---|---|---|---|
| CARRILLO LAW FIRM, LLP | | | 1476 |
| 11/09/2023 | Myra L. Ponce | | |
| | | Case No. 2:20-cv-08382-ODW-MAA | 2,400.00 |
| Chase General LLP | | N███ Juarez Zelaya v. City of Los Angeles | 2,400.00 |

Case 2:20-cv-08382-ODW-MAA   Document 122   Filed 10/19/23   Page 1 of 1   Page ID #:1237

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

COURT USE ONLY DUE DATE:

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

**1a. Contact Person for this Order:** Michael S. Carrillo
**2a. Contact Phone Number:** 6267999375
**3a. Contact E-mail Address:** hr@carrillofirm.com

**1b. Attorney Name (if different):** Michael S. Carrillo
**2b. Attorney Phone Number:** 6267999375
**3b. Attorney E-mail Address:** mc@carrillofirm.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
CARRILLO LAW FIRM, LLP
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030

**5. Name & Role of Party Represented:** Plaintiff Nicole Juarez Zelaya

**6. Case Name:** Nicole Juarez Zelaya v. City Of Los Angeles, et al.

**7a. District Court Case Number:** CV20-08382-ODW (MAAx)
**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
☐ DIGITALLY RECORDED     ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Myra Ponce

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☒ Non-Appeal   ☐ Criminal  ☒ Civil   ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

| HEARING DATE | Minute Order Docket # (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders indicate if openings, closings, voir dire, or instructions requested. | b. SELECT FORMAT(S) | | | | | c. RELEASE OF TRANS. RESTRICTION DATE (Provide release date of efiled transcript, or check to certify none yet on file.) | d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly (Check with court reporter before choosing any delivery time sooner than "Ordinary-30.") |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | |
| 10/10/2023 | | Wright | Entire Jury Trial Day 1 | ● | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |
| 10/11/2023 | | Wright | Entire Jury Trial Day 2 | ● | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |
| 10/12/2023 | | Wright | Entire Jury Trial Day 3 | ● | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |
| 10/13/2023 | | Wright | Entire Jury Trial Day 4 | ● | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date 10/19/2024                                  Signature

G-120 (06/18)