# EXHIBIT "D"



# INVOICE
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 35566 | 6/24/2022 | 37014 |
| Job Date | Case No. | |
| 6/13/2022 | CV20-08382-ODW (MAAx) | |

| Case Name |
|---|
| Nicole Juarez Zelaya, et al. v. City of Los Angeles, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Luis Carrillo
Carrillo Law Firm LLP
1499 Huntington Drive
Suite 402
South Pasadena, CA 91030

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Nicole Juarez Zelaya - Deposition | 61.00 | Pages | @ | 3.750 | 228.75 |
| Reporter Certificate | 1.00 | Pages | @ | 45.000 | 45.00 |
| Digital Transcript Package | 1.00 | | @ | 45.000 | 45.00 |
| Handling | 1.00 | | @ | 48.000 | 48.00 |
| **TOTAL DUE  >>>** | | | | | **$366.75** |

Location of Job   : https://us02web.zoom.us/j/88474544978

Electronic Copy requested by Mr. Luis A.,Carrillo, Esq.
Reporter:  Ed Serrano, CSR
No Exhibits

with credit card $386.18

Tax ID: 95-3817218

*Please detach bottom portion and return with payment.*

Luis Carrillo
Carrillo Law Firm LLP
1499 Huntington Drive
Suite 402
South Pasadena, CA 91030

Invoice No.   : 35566
Invoice Date  : 6/24/2022
**Total Due**    : **$366.75**

Remit To: **Kennedy Court Reporters, Inc**
**920 W. 17th St.**
**2nd Floor**
**Santa Ana, CA 92706**

Job No.     : 37014
BU ID       : 1-MAIN
Case No.    : CV20-08382-ODW (MAAx)
Case Name   : Nicole Juarez Zelaya, et al. v. City of Los Angeles, et al.



## Jonnell Agnew & Associates
Court Reporters • Videographers • Interpreters

50 North Hill Avenue, Suite 202 • Pasadena, California 91106
Phone: (626) 568-9854
www.jonnellagnewcourtreporters.com

# INVOICE

Carrillo Law Firm
ATTN: Luis A. Carrillo, Esq.
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030

**Invoice Number:** 203406
Invoice Date: 06/27/2022
Job Number: 86210

Client Phone: 626-799-9375
Client Fax: 626-799-9380

In Re: NICOLE JUAREZ ZELAYA VS. CITY OF LOS ANGELES
Case Number: 2:20-cv-8382-ODW-MAA
Attendance Date: 06/21/2022, 10:30 a.m.

| Qty | Description | Rate | Amount |
|---|---|---:|---:|
| | **video for MARTINA KENNEDY, D.O.** | | |
| 1 | Videographer - 3-hour minimum (Remote) | 450.00 | 450.00 |
| 1 | DVD Set(s) | 30.00 | 30.00 |
| | Invoice Total: | | 480.00 |

Tax ID No. 95-3874075. W9 available upon request.
THANK YOU FOR THE OPPORTUNITY TO WORK WITH YOU. WE APPRECIATE YOUR BUSINESS.

PAYMENT IS REQUIRED UPON RECEIPT OF INVOICE AND IS NOT CONTINGENT ON CLIENT PAYMENT. MONTHLY FINANCE CHARGES APPLY TO ALL OPEN INVOICES. Payment due upon receipt

Payments made via credit card will incur a processing fee.



## Jonnell Agnew & Associates
### Court Reporters • Videographers • Interpreters
50 North Hill Avenue, Suite 202 • Pasadena, California 91106
Phone: (626) 568-9854
www.jonnellagnewcourtreporters.com

# INVOICE

Carrillo Law Firm
ATTN: Luis A. Carrillo, Esq.
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030

| | |
|---|---|
| Invoice Number: | 203438 |
| Invoice Date: | 07/05/2022 |
| Job Number: | 86210 |
| Client Phone: | 626-799-9375 |
| Client Fax: | 626-799-9380 |

Attorney: J. Miguel Flores, Esq.
Carrillo Law Firm
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
mf@carrillofirm.com

In Re: NICOLE JUAREZ ZELAYA VS. CITY OF LOS ANGELES
Case Number: 2:20-cv-8382-ODW-MAA
Attendance Date: 06/21/2022, 10:30 a.m.

| Qty | Description | Rate | Amount |
|---|---|---:|---:|
| | **MARTINA KENNEDY, D.O.** | | |
| 103 | Original & 1 | 6.75 | 695.25 |
| 1 | Half Day Per Diem | 200.00 | 200.00 |
| 24 | Exhibits | 0.65 | 15.60 |
| 1 | Production & Processing | 50.00 | 50.00 |
| 1 | Witness Transcript Return Envelope | 20.00 | 20.00 |
| 1 | Shipping & Handling | 30.00 | 30.00 |
| 1 | Litigation Package - ASCII and PDF files in YesLaw.com | | |
| | Invoice Total: | | 1010.85 |

Tax ID No. 95-3874075. W9 available upon request.
THANK YOU FOR THE OPPORTUNITY TO WORK WITH YOU. WE APPRECIATE YOUR BUSINESS.

PAYMENT IS REQUIRED UPON RECEIPT OF INVOICE AND IS NOT CONTINGENT ON CLIENT PAYMENT. MONTHLY FINANCE CHARGES APPLY TO ALL OPEN INVOICES. Payment due upon receipt

Payments made via credit card will incur a processing fee.

Electronic files delivered via e-mail from YesLaw Online Notification. If you have not received e-mail, check your junk folder then contact our office to request digital files.



**Jonnell Agnew & Associates**
Court Reporters • Videographers • Interpreters
50 North Hill Avenue, Suite 202 • Pasadena, California 91106
Phone: (626) 568-9854
www.jonnellagnewcourtreporters.com

# INVOICE

Carrillo Law Firm
ATTN: Luis A. Carrillo, Esq.
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030

| | |
|---|---|
| Invoice Number: | 203471 |
| Invoice Date: | 07/08/2022 |
| Job Number: | 86263 |
| Client Phone: | 626-799-9375 |
| Client Fax: | 626-799-9380 |

Attorney: J. Miguel Flores, Esq.
Carrillo Law Firm
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
mf@carrillofirm.com

In Re: NICOLE JUAREZ ZELAYA VS. CITY OF LOS ANGELES
Case Number: 2:20-cv-8382-ODW-MAA
Attendance Date: 06/30/2022, 10:00 a.m.

| Qty | Description | Rate | Amount |
|---|---|---:|---:|
| | **RULE 30(b)(6) DEPOSITION OF OFFICER JUSTIN WADE** | | |
| 73 | Original & 1 | 6.25 | 456.25 |
| 73 | Videotaped per page rate | 0.80 | 58.40 |
| 1 | Half Day Per Diem | 200.00 | 200.00 |
| 34 | Exhibits | 0.65 | 22.10 |
| 1 | by Code Processing Fee | 40.00 | 40.00 |
| 1 | Production & Processing | 50.00 | 50.00 |
| 1 | Litigation Package - ASCII and PDF files in YesLaw.com | | |
| | Invoice Total: | | 826.75 |

Tax ID No. 95-3874075. W9 available upon request.
THANK YOU FOR THE OPPORTUNITY TO WORK WITH YOU. WE APPRECIATE YOUR BUSINESS.

PAYMENT IS REQUIRED UPON RECEIPT OF INVOICE AND IS NOT CONTINGENT ON CLIENT PAYMENT. MONTHLY FINANCE CHARGES APPLY TO ALL OPEN INVOICES. Payment due upon receipt

Electronic files delivered via e-mail from YesLaw Online Notification. If you have not received e-mail, check your junk folder then contact our office to request digital files.



# Jonnell Agnew & Associates
Court Reporters • Videographers • Interpreters

50 North Hill Avenue, Suite 202 • Pasadena, California 91106
Phone: (626) 568-9854
www.jonnellagnewcourtreporters.com

## INVOICE

Carrillo Law Firm
ATTN: Luis A. Carrillo, Esq.
1499 Huntington Drive, Suite 402
South Pasadena, CA  91030

| | |
|---|---:|
| Invoice Number: | 203437 |
| Invoice Date: | 09/27/2022 |
| Job Number: | 86263 |
| Client Phone: | 626-799-9375 |
| Client Fax: | 626-799-9380 |

In Re:   NICOLE JUAREZ ZELAYA VS. CITY OF LOS ANGELES
Case Number: 2:20-cv-8382-ODW-MAA
Attendance Date: 06/30/2022, 10:00 a.m.

| Qty | Description | Rate | Amount |
|---|---|---:|---:|
| | **RULE 30(b)(6) DEPOSITION OF (OFFICER) JUSTIN WADE** | | |
| 1 | Videographer - 3-hour minimum (Remote) | 450.00 | 450.00 |
| | Invoice Total: | | 450.00 |

Tax ID No. 95-3874075. W9 available upon request.
THANK YOU FOR THE OPPORTUNITY TO WORK WITH YOU. WE APPRECIATE YOUR BUSINESS.

PAYMENT IS REQUIRED UPON RECEIPT OF INVOICE AND IS NOT CONTINGENT ON CLIENT PAYMENT.
MONTHLY FINANCE CHARGES APPLY TO ALL OPEN INVOICES. Payment due upon receipt

Payments made via credit card will incur a processing fee.

**First Legal Depositions**
1517 Beverly Boulevard
Los Angeles, CA 90026
Phone: (855)-348-4997



Carrillo Law Firm
Michael S. Carrillo
1499 Huntington Drive Suite 402
South Pasadena, CA 91030

## Invoice #89780

| Date | Terms |
|---|---|
| 02/23/2023 | Net 30 |

### Job #80317 on 02/10/2023 at 10:00 AM PT

**Billing Reference:** 355-033
**Case:** Zelaya, et al v. City of Los Angeles, et al.
**Location:** Remote- Zoom

**Shipped On:** 02/15/2023
**Shipped Via:** Email Only
**Delivery Type:** 3 day Expedite
**Services:** Court Reporter; Remote- Full Service w/ Tech

| Description | Price | Amount |
|---|---|---|
| **Original Transcript of Dr. Bennet Omalu** | | |
| Certified Copy (Minimum) | $ 275.00 | $ 275.00 |
| Expedite (75 Pages) | $ 5.40 | $ 405.00 |
| Exhibit(s) Electronic (120 Pages) | $ 0.65 | $ 78.00 |
| Processing & Handling | $ 35.00 | $ 35.00 |
| Remote Surcharge (75pg Minimum) (75 Pages) | $ 1.35 | $ 101.25 |
| | | $ 894.25 |
| | Amount Due: | $ 894.25 |
| | Paid: | $ 0.00 |

| Balance Due: | $ 894.25 |
|---|---|
| Payment Due: | 03/25/2023 |

We appreciate your business - Where the client comes first!
Billing questions?  Please call us at (855) 348-4997   or   email us at depoclientcare@firstlegal.com

Remit Payment To:   First Legal Deposition Services LLC
                    P.O. Box 841441
                    Dallas, TX  75284-1441

Tax ID: 46-3364757        First Legal Depositions        Phone: 855-348-4997

**First Legal Depositions**
1517 Beverly Boulevard
Los Angeles, CA 90026
Phone: (855)-348-4997



Carrillo Law Firm
J.Miguel Flores, Esq.
1499 Huntington DriveSuite 402
South Pasadena, CA 91030

## Invoice #90097

| Date | Terms |
|---|---|
| 03/02/2023 | Net 30 |

### Job #80610 on 02/13/2023 at 1:30 PM PT

**Billing Reference:** 355-033
**Case:** Zelaya, et al v. City of Los Angeles, et al.
**Location:** Remote- Zoom

**Shipped On:** 02/23/2023
**Shipped Via:** Email Only
**Delivery Type:** Normal
**Services:** Court Reporter; Remote- Full Service w/ Tech

| Description | Price | Amount |
|---|---|---|
| **Copy Transcript of Jeffrey Noble** | | |
| Certified Copy (Minimum) | $ 275.00 | $ 275.00 |
| Exhibit(s) Electronic (56 Pages) | $ 0.65 | $ 36.40 |
| Processing & Handling | $ 50.00 | $ 50.00 |
| Remote Surcharge (75pg Minimum) (75 Pages) | $ 0.75 | $ 56.25 |
| | | $ 417.65 |

| | Amount Due: | $ 417.65 |
|---|---|---|
| | Paid: | $ 0.00 |

| Balance Due: | $ 417.65 |
|---|---|
| Payment Due: | 04/01/2023 |

We appreciate your business - Where the client comes first!
Billing questions? Please call us at (855) 348-4997 or email us at depoclientcare@firstlegal.com

Remit Payment To: First Legal Deposition Services LLC
P.O. Box 841441
Dallas, TX 75284-1441

Tax ID: 46-3364757    First Legal Depositions    Phone: 855-348-4997



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40385 | 8/24/2023 | 38341 |
| Job Date | Case No. | |
| 9/8/2022 | CV20-08382-ODW (MAAx) | |
| Case Name | | |
| Nicole Juarez Zelaya, et al. v. City of Los Angeles, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Michael Carrillo
Carrillo Law Firm LLP
1499 Huntington Drive
Suite 402
South Pasadena, CA 91030

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Daniel Wohlgelernter, M.D.- expert witness | 103.00 Pages | @ | 1.300 | 133.90 |
| Reporter's Certificate | 1.00 | @ | 45.000 | 45.00 |
| B&W Exhibit | 6.00 | @ | 1.500 | 9.00 |
| Digital Transcript Package | 1.00 | @ | 55.000 | 55.00 |
| Handling | 1.00 | @ | 48.000 | 48.00 |

TOTAL DUE >>>  $290.90

Location of Job : https://us02web.zoom.us/j/82012578330

Transcript requested by Hazel Ramirez-Mendoza
Electronic Only




with credit card $306.31

Tax ID: 95-3817218

*Please detach bottom portion and return with payment.*

Michael Carrillo
Carrillo Law Firm LLP
1499 Huntington Drive
Suite 402
South Pasadena, CA 91030

Invoice No.  : 40385
Invoice Date : 8/24/2023
**Total Due**   : **$290.90**

Remit To: Kennedy Court Reporters, Inc
          920 W. 17th St.
          2nd Floor
          Santa Ana, CA 92706

Job No.    : 38341
BU ID      : 1-MAIN
Case No.   : CV20-08382-ODW (MAAx)
Case Name  : Nicole Juarez Zelaya, et al. v. City of Los Angeles, et al.



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40384 | 8/24/2023 | 38216 |
| Job Date | Case No. | |
| 9/15/2022 | CV20-08382-ODW (MAAx) | |

**Case Name**

Nicole Juarez Zelaya, et al. v. City of Los Angeles, et al.

**Payment Terms**

Due upon receipt

Michael Carrillo
Carrillo Law Firm LLP
1499 Huntington Drive
Suite 402
South Pasadena, CA 91030

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Samir Lyons - Expert Witness | 101.00 | Pages | @ | 3.750 | 378.75 |
| B&W Exhibit | 19.00 | | @ | 1.500 | 28.50 |
| Digital Transcript Package | 1.00 | | @ | 55.000 | 55.00 |
| Handling | 1.00 | | @ | 48.000 | 48.00 |
| CD of Exhibits | 2.00 | Disks | @ | 7.000 | 14.00 |
| Reporter Certificate | 1.00 | Pages | @ | 45.000 | 45.00 |
| | | | TOTAL DUE  >>> | | **$569.25** |

Location of Job : https://us02web.zoom.us/j/83504117654

Transcript requested by Hazel Ramirez-Mendoza
**Electronic Only**

with credit card $599.42

**Tax ID:** 95-3817218

*Please detach bottom portion and return with payment.*

Michael Carrillo
Carrillo Law Firm LLP
1499 Huntington Drive
Suite 402
South Pasadena, CA 91030

Invoice No.  : 40384
Invoice Date : 8/24/2023
**Total Due**   : **$569.25**

Remit To: Kennedy Court Reporters, Inc
920 W. 17th St.
2nd Floor
Santa Ana, CA 92706

Job No.   : 38216
BU ID     : 1-MAIN
Case No.  : CV20-08382-ODW (MAAx)
Case Name : Nicole Juarez Zelaya, et al. v. City of Los Angeles, et al.