# EXHIBIT "E"

| INVOICE | Customer Name | | |
|---|---|---|---|
| | CARRILLO LAW FIRM, LLP | | |
| | Customer Number | Invoice Number | Invoice Date |
| Remit to: | AU1053 | 22ME0185 | 07-06-22 |
| Los Angeles County Auditor-Controller | ARDept/BPRO | | Due Date |
| Hall of Records - Shared Services Division | ME:WF | | 08-05-22 |
| Attn: Account Receivable | Project No | | Revenue Source |
| 320 West Temple Street, Room #380 | | | 9277 |
| Los Angeles   CA   90012 | Amount Due | | Amount Enclosed |
| | $1,472.69 | | |

Bill to:
CARRILLO LAW FIRM, LLP
1499 HUNTINGTON DRIVE, SUITE 402
SOUTH PASADENA, CA 91030
Attn: Michael Carrillo

Payment Method:  Check ☐        Money Order ☐

☐ Please check if address has changed. Write correct address on back of stub and attach with payment

Please write Invoice No on front of check or Money Order. DO NOT MAIL CASH

Please detach the above stub and return with your remittance payable to Department of Medical Examiner - Coroner

## Department of Medical Examiner - Coroner

### ORIGINAL

PAGE 7 OF 10

| Customer Number | Invoice Number | Invoice Date |
|---|---|---|
| AU1053 | 22ME0185 | 07-06-22 |

**Invoice Charges**

| Ref Line No. | Project Desc | Description | Service From | Service To | No. of Taxable Units | Unit of Measure | Unit Price | Charges/Credit |
|---|---|---|---|---|---|---|---|---|
| 1 | | Case # 2019-02897 Deposition - Dr. 3 hr @ $479.23 less deposit $40.00 | | | | | | $1,397.69 |
| 2 | | Clerical Support fee Case # 2019-02897 | | | 1.000 Case | | 75.000000 | $75.00 |
| | | | | | | TOTAL INVOICE Charges | | $1,472.69 |

**Other Charges**

| Description | Date | Charges |
|---|---|---|
| | 07-06-22 | |
| | TOTAL OTHER Charges | |

| Credit Payments Applied | $0.00 |
|---|---|
| Total Amount Due By 08-05-22 | $1,472.69 |

Due and payable within 30 days of receipt of invoice. Please indicate the invoice number in your remittance. If you have any questions, please call (213) 217-8046 / email: HKWAN@auditor.lacounty.gov



PAST DUE
8-30-22