# EXHIBIT "F"

 

# COUNTY OF LOS ANGELES
## DEPARTMENT OF MEDICAL EXAMINER-CORONER
1104 N. MISSION RD, LOS ANGELES, CALIFORNIA 90033

*"Enriching Lives"*

**Odey C. Ukpo, M.D., M.S.**
Interim Chief Medical Examiner-Coroner

November 9th, 2022
Carrillo Law Firm LLP
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030

RE: Juarez Cedillo, Jacobo
Coroner Case **2019-02897**
Court Case **2:20-CV-832-ODW-MAA**

To Whom It May Concern:

We have (23) slides available for review. The first slide from the hold jar is $250.00. Each additional (hold jar) slide is $59.00, and the processing fee is $76.00. The total fee for the pathology slides is **$1,878.23**. Please note that we need to have the payment for the slides before we start processing your request.

| | |
|---|---|
| Hold Jar 1st Slide: | $250.00 (1) |
| Hold Jar additional slide | $59.00 (22) |
| DME's hourly tissue cutting fee (DME billed for 1 hour) | $554.23 |
| Processing Fee | $76.00 |
| Deposit Credit | +$300.00 |

If there are any question or concerns, please feel free to contact me at any time by email or phone.

Sincerely,

Theron Sullivan
Medical Clerical Support Unit
tsullivan@coroner.lacounty.gov
(323)343-0520

---

**Accreditations:**

National Association of Medical Examiners (Provisional)
California Medical Association-Continuing Medical Education
Accreditation Council for Graduate Medical Education

ANAB ISO/IEC 17025:2017 Forensic Science Testing Laboratories
Peace Officer Standards and Training Certified

Law and Science Serving the Community



# COUNTY OF LOS ANGELES
## DEPARTMENT OF MEDICAL EXAMINER-CORONER
1104 N. MISSION RD, LOS ANGELES, CALIFORNIA 90033



"Enriching Lives"

Jonathan R. Lucas, M.D.
Chief Medical Examiner-Coroner

October 7th, 2022

Carrillo Law Firm LLP
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030

RE:   Juarez Cedillo, Jacobo
      Coroner Case# 2019-02897
      Court Case # 2:20-cv08382-ODW-MAA

To Whom It May Concern:

We have (10) neuro slides available for review. Each slide is $21.00, and the processing fee is $76.00. The total fee for the pathology slides is **$286.00**. Please note that we need to have the payment for the slides before we start processing your request.

*Note* this availability letter is regarding the original slides. This letter does not pertain to the tissue cut by Dr. Omalu. You will receive a different availability letter for those slides.

If you have any questions regarding this information, please call me at (323) 343-0520.

Sincerely,

Theron Sullivan
Medical Clerical Support Unit

---

**Accreditations:**
National Association of Medical Examiners (Provisional ANAB ISO/IEC 17025:2005 Forensic Science Testing Laboratories California Medical Association-Continuing Medical Education Peace Officer Standards and Training Certified Accreditation Council for Graduate Medical Education

Law and Science Serving the Community

## LOS ANGELES COUNTY MEDICAL EXAMINER-CORONER
*"Law and Science Serving the Community"*

## ORDER COMPLETED

You will receive an order confirmation email within the next few minutes.

| | | | |
|---|---|---|---|
| Order # | **63578** | Status: | **Ready to Process** |
| Order Date: | **07/29/2020** | Shipping Method: | |
| Grand Total: | **$49.00** | Due Balance: | **$49.00** |

*Possible PNC*
*Jacobo Juarez*
*Cedillo*

**Billing Address**

Michael Carrillo
Carrillo Law Firm, LLP
1499 Huntington Drive
South Pasadena, CA 91030
US
Phone: (626) 799-9375
vb@carrillofirm.com

**Shipping Address**

Michael Carrillo
Carrillo Law Firm, LLP
1499 Huntington Drive
South Pasadena, CA 91030
US
Phone: (626) 799-9375
vb@carrillofirm.com

**Order Summary**

Product Name
QTY
Total

Coroner's Report

1
**$49.00**