# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NICOLE JUAREZ ZELAYA

Plaintiff(s),

v.

CITY OF LOS ANGELES, et al.

Defendant(s).

CASE NUMBER:

2:20-cv-08382-ODW-MAA

AMENDED*

**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __12/15/2023__

Document No.:   __139__

Title of Document:   __MOTION–Application for costs by against City of Los Angeles, Joseph Hunt, Dustin Richmond filed by Plaintiff__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Application: CLERK to Tax costs (CV–59)

The incorrect event did not set matter before the Clerk.

* Fiiler refiled under correct event under docket no. 140. However Now matter is pending before the Judge and the clerk.

Other:

Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __December 18, 2023__     By:  __/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov__
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.