**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (Bar No. 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE JUAREZ ZELAYA, Individually and as Successor-in-Interest to Decedent JACOBO JUAREZ CEDILLO;<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; DUSTIN RICHMOND; JOSEPH HUNT,<br><br>Defendants. | Case No. 2:21-cv-08382-ODW (MAAx)<br><br>Judge Otis D. Wright, II<br><br>**DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR NEW TRIAL OR IN THE ALTERNATIVE MOTION FOR REMITTITUR AND INDEX OF EXHIBITS**<br><br>*[Memorandum of Points and Authorities; Exhibits filed concurrently herewith*<br><br>Date: January 8, 2024<br>Time: 1:30 p.m.<br>Courtroom: 5D |

# DECLARATION OF RENEE V. MASONGSONG

1. I am an attorney licensed to practice law in the United States District Court for the Central District of California. I am one of the attorneys of record for the Plaintiff in this action. I have personal knowledge of the matters stated herein and would and could testify competently thereto if called. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion for a New Trial or, in the alternative, a remittitur.

2. Attached hereto as "Exhibit 1" is a true and correct copy of the Reporter's Transcript of Trial Proceedings, Trial Day Four, Friday, October 13, 2023, Volume 5 (Pages 489-680).

3. Attached hereto as "Exhibit 2" is a true and correct copy of the Reporter's Transcript of Trial Proceedings, Trial Day Two, Wednesday, October 11, 2023, Volume 3 (Pages 177-375).

4. Attached hereto as "Exhibit 3" is a true and correct copy of the Reporter's Transcript of Trial Proceedings, Trial Day Three, Thursday, October 12, 2023, Volume 4 (Pages 376-488).

5. Attached hereto as "Exhibit 4" is a true and correct copy of the Reporter's Transcript of Trial Proceedings, Trial Day One, Tuesday, October 10, 2023, Volume 2 (Pages 86-176).

6. Attached hereto as "Exhibit 5" is a true and correct copy of the jury's verdict in the case *Archibald v. County of San Bernardino,* Case No. 5:16-cv-01128-AB-SP.

7. Attached hereto as "Exhibit 6" is a true and correct copy of the jury's verdict in the case *Dajyne G., et al. v. Culver City*, Case No. CV 10-09497-MWF (MANx).

8. Attached hereto as "Exhibit 7" is a true and correct copy of the jury's verdict in the case *Murillo v. City of Los Angeles*, Case No. 2:21-cv-08738 FMO

9. Attached hereto as "Exhibit 8" is a true and correct copy of the jury's verdict in the case *Najera v. Ponder*, Case No. CV 18-762-DMG.

10. Attached hereto as "Exhibit 9" is a true and correct copy of the jury's verdict in the case *Alves v. Riverside County, et al.*, Case No. 5:19-CV-02083-JGB.

11. Attached hereto as "Exhibit 10" is a true and correct copy of the Special Verdict, Phase II, in the case *Valenzuela v. City of Anaheim*, Case No. SACV 17-00278-CJC, consolidated with SACV 17-02094-CJC.

12. Attached hereto as "Exhibit 11" is a true and correct copy of the relevant portions of the LAPD directive regarding the hobble restraint device, which was introduced at trial as "Exhibit 34."

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 18th day of December 2023, at Woodland Hills, California.

*s/ Renee V. Masongsong*
Renee V. Masongsong