# EXHIBIT 6

FILED
CLERK, U.S. DISTRICT COURT

MAY - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# REDACTED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DAJYNE G., DEUJANYE G., and
DYVONN G., by and through their
guardian ad litem KHANDI ROSE; and
KAILYNN G., by and through her
guardian ad litem KANDACE
SIMPLIS,

        Plaintiffs,

    vs.

CULVER CITY POLICE
DEPARTMENT, and OFFICER LUIS
MARTINEZ,

        Defendants

Case No.: CV10-9497 MWF (MANx)

**SPECIAL VERDICT FORM**

    We, the jury, answer the questions submitted to us as follows:

1. **Did Officer Luis Martinez use excessive force against Decedent Lejoy Grissom on April 25, 2010?**

    ☒ **Yes**            ☐ **No**

    If your answer to question 1 is no, proceed to the end and sign and date this verdict form and return it to the Court Clerk. If your answer to question 1 is yes, proceed to the next question.

- 1 -

2. **What are Lejoy Grissom's damages?**                    $ 825,000.

Proceed to the next question.

3. **What are Dajyne G.'s damages?**

   a.   Past non-economic damages:                    $ 500,000.

   b.   Future non-economic damages:                    $ 1,500,000.

Proceed to the next question.

4. **What are Deujanye G.'s damages?**

   a.   Past non-economic damages:                    $ 500,000.

   b.   Future non-economic damages:                    $ 1,500,000

Proceed to the next question.

5. **What are Dyvonn G.'s damages?**

   a.   Past non-economic damages:                    $ 500,000.

   b.   Future non-economic damages:                    $ 1,500,000

Proceed to the next question.

6. **What are Kailynn G.'s damages?**

   a.   Past non-economic damages:                    $ 500,000.

   b.   Future non-economic damages:                    $ 1,500,000

When you have finished, sign and date this form and return it to the Court Clerk.

SIGNED:    **REDACTED**                    Date: 5/8/13
          Presiding Juror

- 2 -

SPECIAL VERDICT FORM