# EXHIBIT 7

Case 2:21-cv-08738-MOD-AGR Document 125 Filed 08/25/23 Page 2 of 5 Page ID #:2578

FILED
CLERK, U.S. DISTRICT COURT
8/25/23
CENTRAL DISTRICT OF CALIFORNIA
BY: V. Figueroa  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MURILLO,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No. CV 21-8738 FMO (AGRx)<br><br>**VERDICT FORM** |

WE, THE JURY in the above-entitled action, unanimously find the following with respect to the questions presented to us:

<u>Excessive Force and Battery Claims</u>

**Question No. 1:** Do you find by a preponderance of the evidence that any of the following officer defendants used force against Jesse Murillo that was unreasonable under the circumstances?

Fred Sigman            YES ✓       NO ____

Christopher Montague    YES ✓       NO ____

*If you gave any "yes" answers to Question No. 1, please proceed to Question No. 2.*

*If you answered only "no" to Question No. 1, please proceed to Question No. 3.*

### Bane Act Claim

**Question No. 2:** Do you find by a preponderance of the evidence that any of the officer defendants violated the Bane Act by using excessive force against Jesse Murillo?

Fred Sigman          YES ✓        NO ____

Christopher Montague    YES ✓        NO ____

*Please proceed to Question No. 3.*

### Negligence Claim

**Question No. 3:** Do you find by a preponderance of the evidence that any of the following officer defendants were negligent towards Jesse Murillo?

Fred Sigman          YES ✓        NO ____

Christopher Montague    YES ✓        NO ____

*If you gave any "yes" answers to Question No. 3, please proceed to Question No. 4.*

*If you answered only "no" to Question No. 3, but gave any "yes" answers to Question No. 1, please proceed to Question No. 6.*

*If you answered only "no" to Question Nos. 1 and 3, you are finished. Do not answer any more questions. Please skip to the end and sign, date, and return this form.*

## Comparative Fault

**Question No. 4:** Do you find by a preponderance of the evidence that Jesse Murillo's negligence was a substantial factor in causing his death?

YES √      NO ____

*If you answered "yes" to Question No. 4, please proceed to Question No. 5.*
*If you answered "no" to Question No. 4, please proceed to Question No. 6.*

**Question No. 5:** If you answered yes to Question No. 4, what percentage of negligence that resulted in Jesse Murillo's death was caused by the officer defendants, and what percentage, if any, was caused Jesse Murillo? Your total should equal 100%.

Fred Sigman              45 %
Christopher Montague    48 %
Jesse Murillo            7 %

*Please proceed to Question No. 6.*

3

### Damages – Jesse Murillo

**Question No. 6:** If you gave any "yes" answers to Question No. 1 above, what are Jesse Murillo's damages for his pre-death pain and suffering and loss of life?

Pre-death pain and suffering   $ $6.5 million
Loss of life                   $ $5.3 million

*Please proceed to Question No. 7.*

### Damages – Tammy Murillo

**Question No. 7:** If you gave any "yes" answers to either Question No. 1 or 3 above, what are the Plaintiff's wrongful death damages for the loss of her son, Jesse Murillo?

Wrongful death damages         $ 12 million

*Please sign, date, and return this form.*

Dated this 25 day of August, 2023.

_____
JURY FOREPERSON

4