# EXHIBIT 10



FILED
CLERK, U.S. DISTRICT COURT
NOV 20 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| FERMIN VINCENT VALENZUELA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ANAHEIM, *et al.*,<br><br>Defendants. | Case No.: SACV 17-00278-CJC (DFMx), consolidated with SACV 17-02094-CJC (DFMx)<br><br>**PHASE II VERDICT FORM** |
| VINCENT VALENZUELA and XIMENA VALENZUELA by and through their guardian PATRICIA GONZALEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANAHEIM, *et al.*,<br><br>Defendants. | |

-1-

# VERDICT FORM

We, the jury in the above-entitled case, find the following verdict on the questions submitted to us:

**QUESTION 1:**

What are Fermin Vincent Valenzuela Junior's survival damages for his loss of life and for his pre-death pain and suffering?

    Loss of life:                    $ __3.6 Million__

    Pre-death pain and suffering:    $ __6 Million__

*Proceed to Question 2.*

**QUESTION 2:**

What are Vincent Valenzuela's damages for the past and future loss of Fermin Vincent Valenzuela Junior's love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, and guidance?

                        $ __1.8 Million__

*Proceed to Question 3.*

-2-

**QUESTION 3:**

What are Ximena Valenzuela's damages for the past and future loss of Fermin Vincent Valenzuela Junior's love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, and guidance?

$ __1.8 Million__

*Please sign and date this form, and then return it to the Court.*

Dated: __NOV 20, 19__

Signed: ███████████████████
         *Presiding Juror*

-3-