UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 26 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NICOLE JUAREZ ZELAYA, Individually and as Successor in Interest to Decedent, Jacobo Juarez Cedillo, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> CITY OF LOS ANGELES, et al.; <br><br> Defendants - Appellants. | No. 23-4186 <br><br> D.C. No. 2:20-cv-08382-ODW-MAA <br> Central District of California, Los Angeles <br><br> ORDER |

When the notice of appeal was filed, a timely motion listed in Federal Rule of Appellate Procedure 4(a)(4) was pending in the district court. Appellate proceedings are therefore held in abeyance until the district court decides the pending motion. *See* Fed. R. App. P. 4(a)(4); *Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994) (notice of appeal becomes effective when timely tolling motions resolved).

To challenge the district court's ruling on the motion, appellants must file an amended notice of appeal within the time set by Federal Rule of Appellate Procedure 4.

The Clerk will serve this order on the district court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT