**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Nicole Juarez Zelaya<br><br>PLAINTIFF(S)<br>v.<br><br>City of Los Angeles<br><br>DEFENDANT(S) | CASE NUMBER<br>2:20-cv-08382-ODW-MAA<br><br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document   ☒ docket entry   have/has been corrected as indicated below.

Title of scanned document: _____ Notice to Parties: ADA Disability Access Litigation _____

Filed date: ___ 5/24/24 ___     Document Number(s): ___ 161 ___

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 23-05, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other:   Docketed on this  closed case in error, should have been docketed in
2:24-cv-03321-FLA-PD  Cuevas vs A and E Collision Center Inc.


CLERK, U.S. DISTRICT COURT

Date: ___ 5/24/2024 ___

By: ___ Linda_Chai@cacd.uscourts.gov ___
Deputy Clerk