| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 16 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NICOLE JUAREZ ZELAYA, Individually and as Successor in Interest to Decedent, Jacobo Juarez Cedillo,

        Plaintiff - Appellee,

 v.

CITY OF LOS ANGELES, et al.;

        Defendants - Appellants.

No. 23-4186

D.C. No. 2:20-cv-08382-ODW-MAA
Central District of California, Los Angeles

ORDER

The Clerk is directed to temporarily close this court's docket for administrative purposes until October 18, 2024. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

At any time, any party may request that this appeal be reopened.

A dial-in telephone conference will be held on October 15, 2024, at 10:00 a.m. Pacific Time. Each participant will receive an email with dial-in information.

                              FOR THE COURT:

                              By: Roxane Ashe
                              Circuit Mediator