UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 7 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NICOLE JUAREZ ZELAYA, Individually and as Successor in Interest to Decedent, Jacobo Juarez Cedillo,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>CITY OF LOS ANGELES; et al.,<br><br>　　　　Defendants - Appellants. | No. 23-4186<br><br>D.C. No. 2:20-cv-08382-ODW-MAA<br>Central District of California, Los Angeles<br><br>ORDER |

　　This appeal was administratively closed. The appeal is reopened.

　　This case is released from the Mediation Program. All further inquiries regarding this appeal, including requests for extensions of time, should be directed to the Clerk's office.

　　Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions.

The briefing schedule is reset as follows: the opening brief is due 5/14/2025; the answering brief is due 7/14/2025; the optional reply brief is due within 21 days from the service date of the answering brief.

FOR THE COURT:

By: Roxane Ashe
Circuit Mediator