Luis A. Carrillo, Esq. (SBN 70398)
*Lac4justice@gmail.com*
Michael S. Carrillo, Esq. (SBN 258878)
*mc@carrillofirm.com*
**CARRILLO LAW FIRM, LLP**
1499 Huntington Dr., Ste. 402
South Pasadena, CA 91030
Telephone: 626-799-9375

Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Renee V. Masongsong, Esq. (SBN 281819)
*rvalentine@galipolaw.com*
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Telephone: (818)347-3333

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

NICOLE JUAREZ ZELAYA, Individually and as Successor-in-Interest to Decedent JACOBO JUAREZ CEDILLO;

Plaintiff,

v.

CITY OF LOS ANGELES; DUSTIN RICHMOND; JOSEPH HUNT; and DOES 3-10, Inclusive,

Defendants.

Case No. 2:20-cv-08382-ODW-MAA

*Assigned to*:
District Judge Otis D. Wright, II
Magistrate Judge Maria A. Audero

**STIPULATION FOR SATISFACTION OF JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED by and between the Parties (Plaintiff Nicole Juarez Zelaya and Defendants City of Los Angeles, et al.), by and through their respective counsel of record, that the judgment in this matter has been fully satisfied.

IT IS SO STIPULATED.

DATED: October 23, 2026

CARRILLO LAW FIRM, LLP
LAW OFFICES OF DALE K. GALIPO

By: /s/ Renee V. Masongsong*

Dale K. Galipo
Renee V. Masongsong
Michael S. Carrillo
*Attorneys for Plaintiff*

DATED: October 23, 2026

Respectfully submitted,

By: /s/ Brian Cheng

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney
SHAUN DABBY JACOBS, Supr. Ass't City Attorney
BRIAN CHENG, Deputy City Attorney

*Attorneys for Defendants and Appellants*
City of Los Angeles, Dustin Richmond, Joseph Hunt

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), I, Renee V. Masongsong, do hereby attest that all of the signatories listed on this Stipulation, and on whose behalf the filing is submitted, concur in the filing's content and authorize the filing of this Stipulation.

/s/ *Renee V. Masongsong*