UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 29 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NICOLE JUAREZ ZELAYA, Individually and as Successor in Interest to Decedent, Jacobo Juarez Cedillo,

Plaintiff - Appellee,

v.

CITY OF LOS ANGELES; et al.,

Defendants - Appellants.

No. 23-4186

D.C. No.
2:20-cv-08382-ODW-MAA
Central District of California,
Los Angeles

ORDER

Before: TALLMAN, RAWLINSON, and HAMILTON, Circuit Judges.*

The Court is in receipt of the Stipulation for Satisfaction of Judgment, filed by the parties on October 23, 2026. The parties shall have 30 days from the date of this Order to file a motion to dismiss this appeal.

---

* The Honorable David F. Hamilton, United States Circuit Judge for the Court of Appeals, 7th Circuit, sitting by designation.