UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NICOLE JUAREZ ZELAYA, Individually and as Successor in Interest to Decedent, Jacobo Juarez Cedillo,

Plaintiff - Appellee,

v.

CITY OF LOS ANGELES; et al.,

Defendants - Appellants.

No. 23-4186

D.C. No.
2:20-cv-08382-ODW-MAA
Central District of California,
Los Angeles

ORDER

Before: TALLMAN, RAWLINSON, and HAMILTON, Circuit Judges.*

The Joint Motion to Dismiss Appeal, filed November 17, 2026, is GRANTED. This appeal is dismissed in its entirety. Each party shall bear its own costs. This Order shall constitute the mandate of this Court.

---

* The Honorable David F. Hamilton, United States Circuit Judge for the Court of Appeals, 7th Circuit, sitting by designation.